**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF OREGON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **NORPAC Foods, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Stayton Canning Company**<br>**DBA  North Pacific Canners & Packers**<br>**DBA  NORPAC's Oregon Agricultural Center**<br>**FDBA  NORPAC Services**<br>**FDBA  NORPAC Food Sales** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **93-0289330** |

4. **Debtor's address**

   **Principal place of business**
   **3225 25th St. SE**
   **Salem, OR 97309**
   Number, Street, City, State & ZIP Code

   **Marion**
   County

   **Mailing address, if different from principal place of business**
   **POB 14444**
   **Salem, OR 97309**
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  **www.norpac.com**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **NORPAC Foods, Inc.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3114__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **NORPAC Foods, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ■ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **NORPAC Foods, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 2019**
MM / DD / YYYY

**X /s/ Shawn Campbell**  
Signature of authorized representative of debtor

**Shawn Campbell**  
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Albert N. Kennedy**  
Signature of attorney for debtor

Date **August 22, 2019**  
MM / DD / YYYY

**Albert N. Kennedy 821429**  
Printed name

**Tonkon Torp LLP**  
Firm name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**
Number, Street, City, State & ZIP Code

Contact phone **503-221-1440**     Email address

**821429 OR**
Bar number and State

Debtor **NORPAC Foods, Inc.**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Hermiston Foods, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Oregon** | When | **8/22/19** | Case number, if known | | |
| Debtor | **Quincy Foods, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Oregon** | When | **8/22/19** | Case number, if known | | |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
   Direct Dial:  503.802.2013
   Facsimile:   503.972.3713
   E-Mail:      albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
   Direct Dial:  (503) 802-2027
   Facsimile:   (503) 972-3727
   E-Mail:      tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial:  (503) 802-2169
   Facsimile:   (503) 972-3867
   E-Mail:      michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
   Direct Dial:  (503) 802-2143
   Facsimile:   (503) 972-3843
   E-Mail:      ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

   Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| NORPAC Foods, Inc.,<br><br>            Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR PURSUANT TO RULE 2016(b)** |

        Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

        1.     Tonkon has been engaged by Debtor herein to act as its general bankruptcy counsel in this case.

        2.     In the 12 months preceding the filing of this Chapter 11 case, Tonkon received the payments set forth in its Rule 2014 Verified Statement for Proposed Professional.  As of August 22, 2018, Tonkon also held a retainer balance of $10,000 from NORPAC Foods, Inc. in its trust account.  Tonkon received additional retainer payments

**Page 1 of 2** -  DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR
            PURSUANT TO RULE 2016(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 1    Filed 08/22/19

from NORPAC Foods, Inc. of $50,000 on July 16, 2019, $250,000 on August 16, 2019, and $250,000 on August 22, 2019. Immediately prior to filing the Petition, $102,151 was applied from the retainer to current fees and costs incurred prior to the Petition, which includes the bankruptcy filing fee of $1,717. The remaining retainer balance of $457,849 is held in Tonkon's trust account. All payments were made to Tonkon by Debtor.

3. The filing fee for commencing this Chapter 11 case will be paid in full.

4. The payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from Debtor and from property of the bankruptcy estate. Tonkon has not shared or agreed to share with any person, other than its members, any compensation paid or to be paid.

DATED this 22nd day of August, 2019.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtor

009684/00004/10283124v1

**Page 2 of 2** - DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR PURSUANT TO RULE 2016(b)

Fill in this information to identify the case:

Debtor name: **NORPAC Foods, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henningsen Cold Storage Co** POB 35146 #40032 Seattle WA 98124-2146 | Eric Mauss eric.mauss@henningsen.com 503-531-5400 | Goods/Services Provided | | | | $1,262,557.36 |
| **Fessler Farms Inc.** 12096 Monitor-Mckee Rd Woodburn OR 97071 | Robert Fessler bobf@woodburnnursery.com 503-559-1470 | Goods/Services Provided | | | | $1,096,499.55 |
| **Ampac Flexibles** 25366 Network Pl Chicago IL 60673-1253 | Chuck Koth Charles.Koth@proampac.com 513-551-1268 | Goods/Services Provided | | | | $1,082,078.23 |
| **AG Reserves dba AgriNorthwest** POB 2308 Pasco WA 99302 | Mark Millard mmillard@agrinw.com 541-945-1811 | Goods/Services Provided | | | | $916,250.67 |
| **J&M Farming** 27471 Mccarty Ranch Lane Echo OR 97826 | Dan McCarty danmccarty.dm@gmail.com 541-376-8157 | Goods/Services Provided | | | | $802,573.12 |
| **Terminal Freezers LLC** POB 101389 Pasadena CA 91189-1389 | Cris McMahon cmcmahon@lineagelogistics.com 402-891-2549 | Goods/Services Provided | | | | $579,308.33 |
| **VLM Foods USA Ltd** C/O KBC Bank Lock Box #160 1177 Avenue of the Americas ICM Dept New York NY 10036 | Dianne Beaudry dianne@ardovlm.com 514-426-4100 | Goods/Services Provided | | | | $547,010.55 |
| **Marbran USA LC** POB 202473 Dallas TX 75320-2473 | Fernanda Guajardo fguajardo@marbran.com 956-630-2941 | Goods/Services Provided | | | | $518,600.55 |

| Debtor | NORPAC Foods, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KYWA International Group LLC** 5335 Meadows Rd Suite 370 Lake Oswego OR 97035 | **Jordan Wick jordan@kywainternational.com 5036390300** | **Goods/Services Provided** | | | | **$404,854.30** |
| **Butler Farms LLC** 10704 Mill Creek Rd SE Aumsville OR 97325 | **Tim & Joani butlerfarms@wvi.com 503-749-1701** | **Goods/Services Provided** | | | | **$404,774.96** |
| **Martin Bros** POB 69 Cedar Falls IA 50613 | **Natalea Koehn nkoehn@martinbros.com 319-273-9782** | **Trade Liability** | | | | **$400,141.06** |
| **Keudell Farms Inc.** 12444 West Stayton Rd SE Aumsville OR 97325 | **Scott Nienke kfi@wvi.com 503-507-9567** | **Goods/Services Provided** | | | | **$392,543.19** |
| **Greg & Stan Herr** 9631 Selah Springs Rd NE Silverton 97381 | **Stan Herr stan9631@aol.com 503-510-7090** | **Goods/Services Provided** | | | | **$381,818.87** |
| **Panda Express** 1683 Walnut Grove Avenue Rosemead CA 91770 | **Toby Selogdji Toby-selogdji@pandarg.com 626-372-8433** | **Trade Liability** | | | | **$351,263.56** |
| **Expor-San Antonio** PMB 550 10800 Alpharetta Hwy Suite 208 Roswell 30076-1474 | **Rosi Alequin RosiA@rfsltd.com 770-993-0030** | **Goods/Services Provided** | | | | **$330,858.34** |
| **Haener Living Trust** 11644 Ehlen Rd Aurora OR 97002 | **Del Haener delhaener@gmail.com 503-559-1451** | **Goods/Services Provided** | | | | **$320,337.48** |
| **Obersinner Farms Inc.** 7886 North Howell Rd NE Silverton OR 97381 | **David marge@obersinnernursery.com 503-873-4004** | **Goods/Services Provided** | | | | **$306,881.29** |
| **Supervalu Urbana** POB 990 Minneapolis MN 55440 | **Ashley Eland-Smithburg ashley.e.eland-smithburg@supervalu.com 952-932-1987** | **Trade Liability** | | | | **$302,490.12** |
| **Winco Foods** POB 52 Boise ID 95358 | **Susan Barry Susan.Barry@wincofoods.com 208-672-2471** | **Trade Liability** | | | | **$301,004.24** |

| Debtor | **NORPAC Foods, Inc.** | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Unipro**<br>**POB 405762**<br>**Atlanta GA**<br>**30384-5762** | **Beverly DeShon**<br>**deshon@unipro.com**<br>**770-799-7408** | **Trade Liability** | | | | **$297,763.65** |
| **Teamsters Local 760**<br>**1211 W Lincoln Ave**<br>**Yakima WA 98902** | **Leonard Crouch**<br>**leonard@teamsters760.org**<br>**509-452-7194** | **Union** | | | | **Unknown but in excess of $250,000** |
| **Cannery Local 670**<br>**POB 3048**<br>**Salem OR 97302** | **Michael Beranbaum**<br>**mberanbaum@teamster670.org**<br>**503-378-1444** | **Union** | | | | **Unknown but in excess of $250,000** |
| **Western Conference of Teamsters Pension Trust Fund**<br>**POB 34080**<br>**Seattle WA 98124** | **206-329-4900** | **Health/Welfare trust, Pension trust** | | | | **Unknown but in excess of $250,000** |
| **Oregon Processors Employees Trust Unit 33**<br>**c/o US Bank POB 4500**<br>**Portland OR 97208** | **William C Earhart Company, Inc.**<br>**info@wcearhart.com**<br>**1-800-547-1314** | **Health/Welfare trust, Pension trust** | | | | **Unknown but in excess of $250,000** |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2019**     X **/s/ Shawn Campbell**
                                                 Signature of individual signing on behalf of debtor

                                                 **Shawn Campbell**
                                                 Printed name

                                                 **President**
                                                 Position or relationship to debtor

Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
   Direct Dial: 503.802.2013
   Facsimile:  503.972.3713
   E-Mail:    albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
   Direct Dial: (503) 802-2027
   Facsimile:  (503) 972-3727
   E-Mail:    tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial: (503) 802-2169
   Facsimile:  (503) 972-3867
   E-Mail:    michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
   Direct Dial: (503) 802-2143
   Facsimile:  (503) 972-3843
   E-Mail:    ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

   Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| NORPAC Foods, Inc.,<br><br>          Debtor. | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |

     I hereby certify that I served (1) a copy of the List of Creditors Holding 20 Largest Unsecured Claims; (2) address mailing labels for Debtor, Debtor's attorney, and a contact person for each creditor on the list; and (3) this Certificate of Service, on the U.S. Trustee at 620 SW Main Street, Room 213, Portland, Oregon 97205, by mailing copies

\* \* \*

\* \* \*

\* \* \*

\* \* \*

**Page 1 of 2** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE

| | |
|---|---|
| 1 | thereof to the address set forth and depositing in the U.S. mail at Portland, Oregon on August |
| 2 | 22, 2019. |
| 3 | DATED this 22nd day of August, 2019. |
| 4 | TONKON TORP LLP |
| 5 | |
| 6 | By /s/ Albert N. Kennedy |
| 7 | Albert N. Kennedy, OSB NO. 821429<br>Timothy J. Conway, OSB No. 851752 |
| 8 | Michael W. Fletcher, OSB No. 010448<br>Ava L. Schoen, OSB No. 044072 |
| 9 | Attorneys for Debtor |

009684/00004/10287998v1

**Page 2 of 2** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE