# United States Bankruptcy Court
### District of Oregon

In re **NORPAC Foods, Inc.**      Case No. _____
               Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NORPAC Foods, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 22, 2019** | **/s/ Timothy J. Conway** |
| Date | **Timothy J. Conway 851752** |
| | Signature of Attorney or Litigant |
| | Counsel for **NORPAC Foods, Inc.** |
| | **Tonkon Torp LLP** |
| | **1600 Pioneer Tower** |
| | **888 SW Fifth Ave** |
| | **Portland, OR 97204-2099** |
| | **503-221-1440 Fax:503-274-8779** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy