Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
 Direct Dial: 503.802.2013
 Facsimile: 503.972.3713
 E-Mail: albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
 Direct Dial: (503) 802-2027
 Facsimile: (503) 972-3727
 E-Mail: tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
 Direct Dial: (503) 802-2169
 Facsimile: (503) 972-3867
 E-Mail: michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
 Direct Dial: (503) 802-2143
 Facsimile: (503) 972-3843
 E-Mail: ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

    Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc.,<br><br>　　　　　Debtor. | Case No. 19-62584-pcm11 |
| In re<br><br>Hermiston Foods, LLC,<br><br>　　　　　Debtor. | Case No. 19-33102-pcm11 |
| In re<br><br>Quincy Foods, LLC,<br><br>　　　　　Debtor. | Case No. 19-33103-pcm11<br><br>**DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)**<br><br>*EXPEDITED HEARING REQUESTED* |

**Page 1 of 6** - DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION
    PURSUANT TO FRBP 1015(b)

Debtors and Debtors-in-Possession NORPAC Foods, Inc. ("NORPAC"), Hermiston Foods, LLC ("Hermiston Foods"), and Quincy Foods, LLC ("Quincy Foods") (together, "Debtors") by and through their undersigned counsel, hereby submit this motion pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure for entry of an order directing joint administration and procedural consolidation of the above Chapter 11 Cases. In support of the Motion, Debtors incorporate the statements contained in the Declaration of Winston Mar in Support of First Day Motions filed contemporaneously herewith, and further state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**BACKGROUND**

2. On August 22, 2019, Debtors commenced voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

3. NORPAC, a farmer-owned cooperative, along with its wholly-owned subsidiaries Hermiston Foods and Quincy Foods, is the largest independent, standalone processor of high-quality organic and conventional frozen vegetables and fruits in the Pacific Northwest. NORPAC owns raw processing plants in Brooks, Oregon, and Stayton, Oregon, a packaging plant and corporate headquarters building in Salem, Oregon, a harvesting operation in Hermiston, Oregon, and a raw processing, roasting, and packing plant in Quincy, Washington. Debtors have over 1,125 full-time employees along with up to 1,100 seasonal employees.

4. Debtors have a diverse supplier base built on an extensive network of over 220 contract growers made up of family-owned farms (145 farms in Oregon and 75 farms in

**Page 2 of 6** - DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19

Washington) spanning more than 40,000 acres.  Debtors have long-term, established relationships with a global blue-chip customer base of over 1,250 customers, spanning the retail, foodservice, club, export, and industrial channels.

5. Additional information and background regarding Debtors' history, assets, structure, operations, and business are contained in the Declaration of Winston Mar in Support of First Day Motions filed contemporaneously herewith.

**RELIEF REQUESTED AND BASIS THEREFOR**

6. By this application, Debtors seek entry of an order directing joint administration and procedural consolidation, pursuant to Rule 1015(b) of the Bankruptcy Rules, of the above-captioned Chapter 11 cases.  Rule 1015(b) provides, in relevant part:

> If * * * two or more petitions are pending in the same court by * * * a debtor or an affiliate, the court may order a joint administration of the estates.

7. Debtors believe that joint administration of these Chapter 11 cases is warranted because:

    a. The financial affairs and businesses of Debtors are closely related;

    b. Administrative and operational services are shared by and among Debtors;

    c. Debtors share common management;

    d. Debtors intend to file a joint plan of reorganization and sale of assets; and

    e. Entry of an order directing joint administration of these cases will obviate the need for duplicative notices, applications, and orders, and will thereby save considerable time and expenses for Debtors and result in substantial savings to the respective estates.

**Page 3 of 6** - DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19

8. Joint administration will also permit the clerk to use a single general docket for all Debtors' cases and to combine notices to creditors and other parties-in-interest herein. Joint administration will ensure, in each of Debtors' respective Chapter 11 cases, that each party in interest will be apprised of any matter before the Court in each Chapter 11 case.

9. By reason of the foregoing, Debtors submit that the interests of its creditors, their estates, and other parties-in-interest will be best served by joint administration of these cases. Accordingly, Debtors request that the Chapter 11 Cases be administered under a consolidated caption, as follows:

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 19-62584-pcm11 |
|---|---|
| NORPAC Foods, Inc. (TIN 9330), Hermiston Foods, LLC (TIN 3927, and Quincy Foods, LLC (TIN 7444), | **LEAD CASE** (Jointly Administered with Case Nos. 19-19-33102-pcm11 and 19-19-33102-pcm11 |
| Debtors. | |

Debtors submit that use of this caption will eliminate cumbersome and confusing procedures and ensure a uniformity of identification.

10. Furthermore, the rights of each Debtor's respective creditors will not be adversely affected by joint administration of these cases because the relief sought herein is purely procedural at this time, and is not intended to affect substantive rights. The rights of all creditors will be enhanced by reduction in costs resulting from joint administration. This Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files. Supervision of the administrative aspects of these Chapter 11 cases by the United States Trustee will also be simplified.

**Page 4 of 6** - DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19

11. Debtors also request that an entry be made on the docket of the Hermiston Foods, LLC and Quincy Foods, LLC Chapter 11 Cases that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration and procedural consolidation of the Chapter 11 cases of NORPAC Foods, Inc., Hermiston Foods, LLC, and Quincy Foods, LLC [ECF No. _____]. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, NORPAC Foods, Inc., Case No. 19-_____-_____.

12. In summary, Debtors request that their Chapter 11 cases be jointly administered for procedural purposes to the extent of the following:

    a. One docket shall be maintained for Debtors' cases, under the case number assigned to NORPAC Foods, Inc.. All pleadings, orders, and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are being jointly administered under the case number assigned to NORPAC Foods, Inc.

    b. Counsel for Debtors shall prepare and maintain one "Consolidated Short Service List" which reflects all parties-in-interest of all Debtors, and shall prepare and maintain a separate "Master Service List" for each Debtor that further meets the requirements of any order the Court may enter in these cases regarding limitation of notice (the "Master Service List" is also known as the "Creditor Mailing List" or "Matrix" which is of record for each of Debtors' cases individually);

    c. Each Debtor shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs, and Lists of Equity Security Holders;

    d. Debtors will file separate Monthly Operating Reports pursuant to Rule 2015 in the form(s) requested by the Unites States Trustee; and

    e. Proofs of claims or interests filed by creditors of any Debtor shall reflect the style and case number of the Debtor to which the claim or interest relates and shall be

**Page 5 of 6** - DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19

filed in the case to which such claim or interest relates.  Separate claims registers shall be maintained for each Debtor.

13.   A copy of the proposed Order Directing Joint Administration Pursuant to FRBP 1015(b) is attached hereto as **Exhibit 1**.

WHEREFORE, NORPAC Foods, Inc., Hermiston Foods, LLC, and Quincy Foods, LLC, respectfully request that this Court enter an order, substantially in the form attached hereto as **Exhibit 1**, authorizing the joint administration and directing procedural consolidation of the above-captioned Chapter 11 cases substantially in the form proposed, and granting such other and further relief as may be just and proper.

DATED this 22nd day of August, 2019.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
  Albert N. Kennedy, OSB No. 821429
  Timothy J. Conway, OSB No. 851752
  Michael W. Fletcher, OSB No. 010448
  Ava L. Schoen, OSB No. 044072
  Attorneys for Debtors

**Page 6 of 6** - DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19

# EXHIBIT 1

**PROPOSED FORM OF ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc.,<br><br>　　　　　Debtor. | Case No. 19-62584-pcm11 |
| In re<br><br>Hermiston Foods, LLC,<br><br>　　　　　Debtor. | Case No. 19-33102-pcm11 |
| In re<br><br>Quincy Foods, LLC,<br><br>　　　　　Debtor. | Case No. 19-33103-pcm11<br><br>**ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)** |

　　　　THIS MATTER having come before the Court upon Debtors' Motion for Order Directing Joint Administration Pursuant to FRBP 1015(b) (the "Motion") [ECF No. _____], a hearing having been held before the Court, and the Court being duly advised in the premises and finding good cause; now, therefore,

**Page 1 of 4** -　ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The Chapter 11 cases of NORPAC, Inc., Hermiston Foods, LLC, and Quincy Foods, LLC be and hereby are procedurally consolidated and shall be jointly administered by the Court:

3. All pleadings, orders, and other papers shall be captioned with the following style and shall reflect that the cases are jointly administered:

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re<br><br>NORPAC Foods, Inc. [TIN 9330],<br>Hermiston Foods, LLC [TIN 3927], and<br>Quincy Foods, LLC [7444],<br><br>          Debtors. | Case No. 19-62584-pcm11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-19-33102-pcm11 and 19-19-33102-pcm11 |
|---|---|

4. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration and procedural consolidation of the Chapter 11 cases of NORPAC Foods, Hermiston Foods, LLC, and Quincy Foods, LLC [ECF No. _____]. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, NORPAC Foods, Inc., Case No. 19-_____.

5. One docket shall be maintained for Debtors' cases, under the case number assigned to NORPAC Foods, Inc. All pleadings, orders, and other papers filed shall be captioned with the style reflected above, and shall reflect that the cases are being jointly administered under the case number assigned to NORPAC Foods, Inc.

6. The United States Trustee shall conduct joint informal meetings with Debtors, if required, and a joint first meeting of creditors;

7. The clerk will continue to maintain separate mailing lists for creditors for each case as though this order had not been entered. This order does not modify any notice obligation imposed by law;

8. Each Debtor shall file separate Schedules of Assets and Liabilities, Statements of Financial Affairs, and Lists of Equity Security Holders;

9. Each Debtor shall file separate Monthly Operating Reports pursuant to Rule 2015 in the form(s) requested by the Unites States Trustee, unless otherwise instructed by the United States Trustee; and

10. Proofs of claims or interests filed by creditors of any Debtor shall reflect the style and case number of the Debtor to which the claim or interest relates and shall be filed in the case to which such claim or interest relates. Separate claims registers shall be maintained for each Debtor.

11. Nothing in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

# # #

**Page 3 of 4** - ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail: al.kennedy@tonkon.com
             tim.conway@tonkon.com
             michael.fletcher@tonkon.com
             ava.schoen@tonkon.com
    Attorneys for Debtors

cc:    List of Interested Parties

009684/00004/10249530v1

**Page 4 of 4** - ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO FRBP 1015(b)

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 4    Filed 08/22/19