Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
   Direct Dial:  503.802.2013
   Facsimile:   503.972.3713
   E-Mail:      albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
   Direct Dial:  (503) 802-2027
   Facsimile:   (503) 972-3727
   E-Mail:      tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial:  (503) 802-2169
   Facsimile:   (503) 972-3867
   E-Mail:      michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
   Direct Dial:  (503) 802-2143
   Facsimile:   (503) 972-3843
   E-Mail:      ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

   Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc.,<br><br>          Debtor. | Case No. 19-62584-pcm11 |
| In re<br><br>Hermiston Foods, LLC,<br><br>          Debtor. | Case No. 19-33102-pcm11 |
| In re<br><br>Quincy Foods, LLC,<br><br>          Debtor. | Case No. 19-33103-pcm11<br><br>**DEBTORS' MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS**<br><br>*EXPEDITED HEARING REQUESTED* |

**Page 1 of 4** - DEBTORS' MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11   Doc 13   Filed 08/22/19

Pursuant to Bankruptcy Rules 9014, 4001(b)(2), and 4001(c)(2), Debtors and Debtors-in-Possession NORPAC Foods, Inc. ("NORPAC"), Hermiston Foods, LLC ("Hermiston Foods"), and Quincy Foods, LLC ("Quincy Foods") (together, "Debtors") hereby move this Court for an expedited hearing on certain of their first day motions. The motions upon which Debtors request expedited hearings (collectively, the "Expedited First Day Motions") are as follows:

| | Document | Case No. 19-62584-pcm11 ECF No. | Case No. 19-33102-pcm11 ECF No. | Case No. 19-33103-pcm11 ECF No. |
|---|---|---|---|---|
| 1. | Debtors' Motion for Order Directing Joint Administration Pursuant to FRBP 1015(b) | 4 | 4 | 5 |
| 2. | Debtors' Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes; and to Continue Employee Benefits Postpetition | 6 | 5 | 6 |
| 3. | Debtors' Motion Authorization to Obtain Secured Credit on an Interim and Final Basis | 7 | 10 | 7 |
| 4. | Debtors' Motion for Authority to Continue Using Certain Existing Bank Accounts | 8 | 8 | 8 |
| 5. | Debtors' Motion for Order Determining Adequate Assurance to Utility Companies | 9 | 9 | 9 |
| 6. | Debtors' Motion for Authority to Pay Prepetition PACA Claims | 10 | 11 | 10 |
| 7. | Debtors' Motion to Set Deadlines and Hearing Dates for Bid Procedures and Sale of Assets | 11 | 12 | 11 |
| 8. | Debtors' Application for Order to Employ Kurtzman Carson Consultants LLC as Noticing and Claims Agent for Debtors | 12 | 13 | 12 |
| 9. | Debtors' Motion for Expedited Hearing on First Day Motions | This Motion | This Motion | This Motion |

Page 2 of 4 - DEBTORS' MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 13    Filed 08/22/19

In support of its request, Debtors state as follows:

1. On August 22, 2019 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. Debtors have continued in possession of their property and are continuing to operate and manage their business as debtors-in-possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

3. No request has been made for the appointment of a trustee or examiner, and no official committee of unsecured creditors has been appointed in Debtors' cases at this time.

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. NORPAC, a farmer-owned cooperative, along with its wholly-owned subsidiaries Hermiston Foods and Quincy Foods, is the largest independent, standalone processor of high-quality organic and conventional frozen vegetables and fruits in the Pacific Northwest. NORPAC owns raw processing plants in Brooks, Oregon, and Stayton, Oregon, a packaging plant and corporate headquarters building in Salem, Oregon, a harvesting operation in Hermiston, Oregon, and a raw processing, roasting, and packing plant in Quincy, Washington. Debtors have over 1,125 full-time employees along with up to 1,100 seasonal employees.

6. Debtors have a diverse supplier base built on an extensive network of over 220 contract growers made up of family-owned farms (145 farms in Oregon and 75 farms in Washington) spanning more than 40,000 acres. Debtors have long-term, established relationships with a global blue-chip customer base of over 1,250 customers, spanning the retail, foodservice, club, export, and industrial channels.

Page 3 of 4 - DEBTORS' MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 13    Filed 08/22/19

7. Additional information and background regarding Debtors' history, assets, structure, operations, and business are contained in the Declaration of Winston Mar in Support of First Day Motions filed contemporaneously herewith.

8. Shortly after filing the petitions, Debtors filed the Expedited First Day Motions.

9. Debtors are in immediate need to obtain Court consideration and approval of their Expedited First Day Motions in order to continue to conduct their business in the ordinary course and to pay their post-petition obligations as and when they become due.

10. Debtors will suffer immediate and irreparable harm if they are not authorized to obtain the relief requested in their Expedited First Day Motions. Debtors request that a hearing be set on the Expedited First Day Motions as soon as reasonably possible.

In support of the Motion, Debtors rely upon the Declaration of Winston Mar in Support of First Day Motions.

DATED this 22nd day of August, 2019.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    Attorneys for Debtors

Page 4 of 4 - DEBTORS' MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 13    Filed 08/22/19

# EXHIBIT 1

## PROPOSED FORM OF ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc.,<br><br>                  Debtor. | Case No. 19-62584-pcm11 |
| In re<br><br>Hermiston Foods, LLC,<br><br>                  Debtor. | Case No. 19-33102-pcm11 |
| In re<br><br>Quincy Foods, LLC,<br><br>                  Debtor. | Case No. 19-33103-pcm11<br><br>**ORDER GRANTING DEBTORS'**<br>**MOTION FOR EXPEDITED**<br>**HEARING ON FIRST DAY MOTIONS** |

THIS MATTER having come before the Court upon Debtors' Motion for Expedited Hearing on First Day Motions (the "Motion") [ECF No. _____], and the Court being duly advised in the premises and finding good cause; now, therefore,

IT IS HEREBY ORDERED that Debtors' Motion for Expedited Hearing on First Day Motions is granted, and that the expedited hearing shall be held on August 26, 2019 at

**Page 1 of 2** - ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

8 a.m. U.S. Bankruptcy Court, 1050 SW Sixth Avenue, Courtroom 1, 1050 SW Sixth Avenue,

Portland, OR 97204, before the Honorable Peter C. McKittrick

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By _____
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:  al.kennedy@tonkon.com
            tim.conway@tonkon.com
            michael.fletcher@tonkon.com
            ava.schoen@tonkon.com
    Attorneys for Debtors

cc:    List of Interested Parties

009684/00004/10249019v1

**Page 2 of 2** - ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING ON
    FIRST DAY MOTIONS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 13    Filed 08/22/19