Stephen P. Arnot OSB # 070765
Assistant United States Trustee
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-4004
Email: steve.arnot@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| In re | Case No. 19-62584-pcm11 (Lead Case) |
|---|---|
| NORPAC Foods, Inc., <br><br> Debtor(s). | **SECOND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS \*** <br><br> (Jointly Administered with Hermiston Foods, LLC., Case Nos. 19-33102-pcm11 and Quincy Foods, LLC., Case No. 19-33103-pcm11) |

Pursuant to sections 11 U.S.C. § 1102(a) and (b) of the Bankruptcy Code, through

Assistant United States Trustee Stephen P. Arnot, hereby files The Second Amended

Appointment of Committee of Unsecured Creditors for the above-named debtor(s):

| Packaging Corporation of America <br> 1 N. Field Court <br> Lake Forest, Illinois 60045 <br><br> Attention: Vince Carrera | Phone: 847-482-8747 <br> Fax: 847-482-8749 <br> VinceCarrera@packagingcorp.com <br><br> Unsecured Claim: $2,311,361.75 (in all three cases) |
|---|---|

**\*Amended to remove VLM Foods USA Ltd., from Committee based on its resignation and adding HM Clause, Inc. and George Smith**

Page 1 – SECOND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

| | |
|---|---|
| Syngenta Seeds, LLC<br>P O Box 18300<br>Greensboro, NC 27419<br><br>Attention: David Conaway | Phone: 704-576-4490<br>dconaway@shumaker.com<br><br>Unsecured Claim: $1,020,593.32 (in all three cases) |
| Mohawk Northern Plastics, LLC dba Ampac<br>701 A Street NE<br>Auburn, WA 98002<br><br>Attention: Eric Bradford, CFO | Phone: 920-967-8605<br>Eric.bradford@proampac.com<br><br>Unsecured Claim: $1,500,000.00 (in lead case) |
| International Paper Co.<br>6400 Poplar Ave.<br>Memphis, TN 38197<br><br>Attention: Bruce Gilliland | Phone: 901-419-1346<br>bruce.gilliland@ipaper.com<br><br>Unsecured Claim: $201.643.94 (in NORPAC Foods, Inc. and Quincy Foods, LLC) |
| Pension Benefit Guaranty Corp.<br>1200 K. Street, NW<br>Washington, D.C. 20005<br><br>Attention Donika Hristova | Phone: 202-229-3126<br>Fax: 202-326-4112<br>hristova.donika@pbgc.gov<br><br>Counsel: Cassandra Burton<br>Phone: 202-229-6778<br>burton.cassandra@pbgc.gov<br><br>Unsecured Claim: Approx. $25,000,000.00 (in all three cases) |
| HM. Clause, Inc.<br>26 Cousteau Place, Ste. 210<br>Davis, CA 95618<br><br>Attention: Vartan Saravia, Esq. | Phone: 530-747-3748<br>Cell: 530-746-1680<br>Vartan.saravia@hmclause.com<br><br>Unsecured Claim: $1, 793,704.00 (in NORPAC Foods, Inc. and Quincy Foods, LLC) |
| George Smith<br>9601 Oakmont Lane<br>Stayton, OR 97383<br><br>Attention: Jay Kornfeld | Phone: 503-931-2743 (George Smith)<br>         206-521-3860 (Jay Kornfeld)<br><br>jkornfeld@bskd.com<br><br>Unsecured Claim: $5,891,762 (NORPAC Foods, Inc.) |

DATED this 18th day of September, 2019.

                                                   Respectfully submitted,
                                                   GREGORY M. GARVIN
                                                   Acting United States Trustee for Region 18

                                                   /s/ Stephen Arnot
                                                   STEPHEN ARNOT OSB # 070765
                                                   Assistant United States Trustee

**\*Amended to remove VLM Foods USA Ltd., from Committee based on its resignation and adding HM Clause, Inc. and George Smith**

    **Page 2 – SECOND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I served a copy of the foregoing **SECOND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the follows:

NORPAC Foods, Inc.
POB 14444
Salem, OR 97309

| | | |
|---|---|---|
| Timothy Conway<br>888 SW 5th Ave. #1600<br>Portland, OR 97204 | Albert Kennedy<br>888 SW 5th Ave., #1600<br>Portland, OR 97204 | Timothy Solomon<br>1 SW Columbia, Suite 1010<br>Portland, OR 97204 |
| HM. Clause Inc.<br>260 Cousteau Pl., Suite 100<br>Davis, CA 95618 | Henningsen Cold Storage Co.<br>POB 35146 #40032<br>Seattle, WA 98124 | Fessler Farms, Inc.<br>12096 Monitor-Mckee Rd.<br>Woodburn, OR 97071 |
| Ampac Flexibles<br>25366 Network Pl.<br>Chicago, IL 60673 | AG Reserves<br>Dba AgriNorthwest<br>POB 2308<br>Pasco, WA 99302 | J&M Farming<br>27471 McCarty Ranch Lane<br>Echo, OR 97826 |
| Terminal Freezers, LLC<br>POB 101389<br>Pasadena, CA 91189 | VLM Foods USA Ltd.<br>c/o KBC Bank Lock Box #160<br>1177 Avenue of the Americas | Marban USA LC<br>POB 202473<br>Dallas, TX 75320 |
| KYWA International Group, LLC<br>5335 Meadows Rd., Suite 370<br>Lake Oswego, OR 97035 | Butler Farms, LLC<br>10704 Mill Creek Rd. SE<br>Aumsville, OR 97325 | Keudell Farms Inc.<br>12444 West Stayton Rd. SE<br>Aumsville, OR 97325 |
| Greg & Stan Herr<br>9631 Selah Springs Rd. NE<br>Silverton, OR 97381 | Syngenta Seeds Inc.<br>15390 Collections Ctr. Dr.<br>Chicago, IL 60693 | Oregon Potato Company<br>POB 3372<br>Pasco, WA 99302 |

Expor-San Antonio
PMB 550
10800 Alpharetta Hwy, Suite 208
Roswell, GA  30076

Haener Living Trust
11644 Ehlen Rd.
Aurora, OR  97002

Obersinner Farms Inc.
7886 North Howell Rd. NE
Silverton, OR  97381

Teamsters Local 760
1211 W. Lincoln Ave.
Yakima, WA  98902

Cannery Local 670
POB 3048
Salem, OR  97302

Western Conference of Teamsters Pension Trust Funds
POB 34080
Seattle, WA  98124

Oregon Processors Employees Truste Unit 33
c/o US Bank POB 4500
Portland, OR  97208

Heller & Sons Distributing Inc.
POB 66
Hermiston, OR  97838

IJCS LLC
POB 188
Irrigon, OR 97844

Aramark
POB 101179
Pasadena, CA 91189

City of Hermiston
180 NE 2nd St.
Hermiston, OR  97838

Coleman Oil
POB 1308
Lewiston, ID  83501

Pea Ridge Embroidery & Signs
80874 N. Hwy 395
Hermiston, OR  97838

Hermiston Quicky Lube
POB 928
Hermiston, OR  97838

Amity's Ace Hardware
1845 N. 1st St.
Hermiston, OR  97838

Packaging Corporation of America
PO Box 51584
Los Angeles, CA  90051

Lineage Logistics, LLC
27626 Network Pl.
Chicago, IL  60673

Seminis Vegetable Seeds, Inc.
PO Box 935619
Atlanta, GA  31193

Klaustermeyer Farms Inc.
4900 Hollingsworth Rd.
Basin City, WA  99343

Williamson Farm Inc.
3505 Adams Rd. S.
Quincy, WA  98848

L2 Inc.
509 Rd. K. SW
Quincy, WA  98848

Chuck Williamson
5 Rd. K. NW
Quincy, WA  98848

QCS Purchasing LLC
Dept. # 10299
POB 87618
Chicago, IL  60680

Crites Seed Inc.
212 W 8th St.
POB 8912
Moscow, ID  83843

| | | |
|---|---|---|
| Alan Williamson<br>4524 Adams Rd. S.<br>Quincy, WA  98848 | H. Lee Farms Inc.<br>11915 Rd. M. SW<br>Royal City, WA  99357 | Reynolds Agribusiness LLC<br>POB L<br>Moses Lake, WA  98837 |
| Diamond M Inc.<br>401 19th St. NE #2<br>East Wenatchee, WA  98802 | J&C Daughters' Trust<br>8002 Adams Rd. S.<br>Royal City, WA  99357 | Skagit Transportation Inc.<br>POB 400<br>Mount Vernon, WA  98273 |
| Bronco Farm Supply<br>1302 W. First Ave.<br>Ritzville, WA  99169 | Anzuk Farms<br>POB 322<br>Ephrata, WA  98823 | Kelsey Sidwell<br>5 Rd. K. NW<br>Quincy, WA  98848 |
| Deaguiar Farms<br>1263 Rd. S. NW<br>Quincy, WA  98848 | ERW Farms Inc.<br>3505 Adams Rd. S.<br>Quincy, WA  98848 | |
| Oregon Processors Employees Trust, Oregon Processors Seasonal Employees Pension Trust<br>Attn: Linda Larkin<br>Bennett, Hartman, Morris & Kaplan, LLP<br>210 SW Morrison St., Ste. 500<br>Portland, OR  97204 | George Smith<br>9601 Oakmont Lane<br>Stayton,  Or  97383 | |

GREGORY M. GARVIN

Acting United States Trustee for Region 18

/s/ Stephen Arnot
STEPHEN ARNOT OSB # 070765
Assistant United States Trustee