UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) **Notice of Motion for Relief**
) **from Automatic Stay in a**
) **Chapter 11/12 Case,**
Debtor(s) ) **and Notice of Hearing Thereon**

**YOU ARE NOTIFIED THAT**:

1. A motion was filed by _____ for relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 U.S.C. § 362.

2. The name and address of the moving party's attorney (or moving party, if no attorney) are:

3. If you wish to resist the motion you must, within 14 days of the service date shown below, file a written response with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401. If the response is served in paper, you must also file a certificate showing the response has been served on the moving party's attorney.

4. A response must state the facts upon which relief from the automatic stay is resisted. See LBF 720.50 for details.

5. If you file a timely response, a hearing on the motion will be held as follows:

   **Date:** _____  **Time:** _____

   **Location**: Courtroom #\_\_\_\_, _____

   Telephone Hearing [**NOTE**: See LBF 888, Telephone Hearing Requirements]
   **Call-In Number:**        (888) 684-8852
   **Access Code:**           4950985 for Judge Trish M. Brown (tmb)
                              5870400 for Judge David W. Hercher (dwh)
                              1238244 for Judge Peter C. McKittrick (pcm)
                              3388495 for Judge Thomas M. Renn (tmr)
                              Other_____

No testimony will be taken at the hearing. If no timely response is filed, the hearing may be cancelled. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the response deadline has passed.

1124 (12/1/2018)                    Page 1 of 2

6. If a timely response is not filed, then either:

   a. The court may sign an order without further notice, submitted by the moving party, granting relief from the stay; or

   b. The stay will expire under the terms of 11 U.S.C. § 362(e).

I certify that on _____ (1) this notice, (2) LBF 720.50 if this notice was served on paper, (3) LBF 888 if this notice was served on paper and a telephone hearing will be held, and (4) the motion, were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 4001 and FRBP 7004 on the debtor(s), U.S. Trustee, trustee, members of any committee appointed pursuant to 11 U.S.C. § 1102 or its authorized agent [or, if no committee, on all creditors included on the list filed pursuant to FRBP 1007(d)], and their respective attorneys.

_____<br>
Signature of Moving Party or Attorney

1 David H. Conaway
dconaway@shumaker.com
2 Ronald Bruckmann
rbruckmann@shumaker.com
3 Telephone: (704) 375-0057
SHUMAKER, LOOP & KENDRICK, LLP
4 101 South Tryon Street
Suite 2200
5 Charlotte, North Carolina 28280

6 and

7 Tara J. Schleicher, OSB #954021
E-Mail: tara.schleicher@foster.com
8 Foster Garvey P.C.
Eleventh Floor
9 121 SW Morrison Street
Portland, Oregon 97204-3141
10 Telephone: (503) 228-3939
Facsimile: (503) 226-0259

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-62584-pcm11 |
|---|---|
| NORPAC Foods, Inc. [TIN: 9330], Hermiston Foods, LLC [TIN: 3927], and Quincy Foods, LLC [TIN: 7444], | **LEAD CASE** (Jointly Administered with Case Nos. 19-33102-pcm11 and 19-33013-pcm11) |
| Debtors. | SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | **EXPEDITED HEARING REQUESTED** |

Syngenta Seeds, LLC ("Syngenta"), by and through its undersigned counsel, moves for relief from the automatic stay ("Motion") in order to exercise its rights and/or remedies under applicable law as to its collateral, including the foreclosure of its liens. In support thereof, Syngenta states as follows:

1. In the months leading to the Debtors' bankruptcy filing, Syngenta delivered bean, corn and snap pea seed to the Debtors for which Syngenta remains owed at least $1,020,593.32.

Page 1 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

2. Pursuant to Oregon's statutory Grain Producer's Lien (O.R.S. 87.750 *et seq.*), upon delivery of the seed, Syngenta acquired a lien on all inventory of the Debtors and the proceeds received by the Debtors from the selling of the inventory.

3. Syngenta has filed GL-1 Notices of Filing Extension of Grain Producer's Lien with the Oregon Secretary of State, which extended Syngenta's liens with respect to at least $887,902.42 of the unpaid invoices. *See* O.R.S. 87.762.

4. On October 18, 2019, Syngenta filed its proofs of claim, assigned Claim Numbers 415, 416, and 417, asserting a secured claim in the amount of $887,902.42.

5. Throughout the Debtors' Chapter 11 proceedings, the parties and Court have acknowledged and recognized that the statutory liens of growers and grain producers are senior to CoBank:

>   i. On September 13, 2019, the Court entered the *Final Order Granting Debtor's Motion for Authorization to Obtain Secured Credit* (the "Final DIP") [Docket No. 147] providing that the sale proceeds will be distributed: "(ii) second, to CoBank in an amount sufficient to fully repay the outstanding loans and other obligations and amounts owing to CoBank …, **provided that all Senior Liens are paid, assumed by the buyer, or otherwise provided for**" (emphasis added). Senior Liens are defined in the Final DIP to include Growers Liens, which are defined as "all valid, duly perfected, unavoidable agricultural produce and grain producer liens pursuant to ORS 87.705 and ORS 87.755 and processor and preparer liens pursuant to RCW 60.13.020 and RCW 60.13.030."
>
>   ii. On September 25, 2019, the Court entered the Bidding Procedures Order approving the form *Notice of Motion to Approve Sale of Assets to OPC or Higher and Better Bidder at Auction, Auction, Bidding Procedures, Sale Hearing, and Objection Deadlines* (the "Sale Notice") [Docket No. 203]. The Sale Notice explained that under the Asset Purchase Agreement ("APA") between Oregon Potato Company ("OPC") and the Debtors, OPC would take title to assets subject to certain "Permitted Encumbrances" which "include valid

Page 2 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

1  agricultural liens (which includes agricultural produce and grain producer liens pursuant to
2  ORS 87.705 and ORS 87.755 and processor and preparer liens pursuant to RCW 60.13.020
3  and RCW 60.13.030)."

   iii.   On October 29, 2019, the Court's *Order Approving Sale* ("Sale Order") [Docket No. 317] again provided that the Senior Liens would attach to the sale proceeds and paid in advance of CoBank or at least that funds sufficient to pay such Senior Liens in full would be held in escrow until the claims were allowed or disallowed. *See* Sale Order at ¶ 10.

   6.   On November 1, 2019, following the failure to consummate a sale of the Debtors' assets by October 31, 2019, CoBank filed its *Affidavit in Support of Motion for Relief from Stay* [Docket No. 327] ("CoBank's MSR"), requesting relief from stay to pursue all its rights and remedies under applicable law, including, but not limited to, appointing a receiver to administer the collateral of CoBank.

## ARGUMENT

   7.   If the Court grants CoBank relief from stay, Syngenta should be granted relief from stay as well so that it can protect its senior lien position from any actions that CoBank may take, including permitting Syngenta to commence a foreclosure action if it deems such action necessary to protect its interest in the collateral.

   8.   Section 362(d) of the Bankruptcy Code states:

   (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
       (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
       (2) with respect to a stay of an act against property under subsection (a) of this section, if—
           (A) the debtor does not have an equity in such property; and
           (B) such property is not necessary to an effective reorganization;

   9.   Lack of adequate protection is but one example of "cause" for relief from stay under section 362(d)(1). "Cause" for granting relief from stay is not defined in the Bankruptcy Code. The

Page 3 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

nonexclusive listing of forms of potential relief ("such as terminating, annulling, modifying, or conditioning" the stay) underlines the discretion of the court in crafting an order tailored to the particular circumstances of the case before it.

10. Here, Syngenta is entitled to relief from stay under 362(d)(1) for cause in order to protect its liens in any foreclosure, receivership, or liquidation proceeding that CoBank (or any other secured creditor) may initiate, and to enforce any rights or remedies Syngenta might have under applicable law.

11. Syngenta also lacks adequate protection as the Debtors have not provided any information to confirm that Syngenta's collateral remains of sufficient value to pay Syngenta's lien claims in full. *See* 11 U.S.C. § 362(g) (placing the burden of proof on the party opposing relief from stay on all issues other than the debtor's equity in the property).

12. Relief from stay is further warranted under § 362(d)(2) because the Debtors have little to no equity in the collateral as evidenced by the Debtors' financial reports for September 2019 [Docket No. 333], and the collateral is not necessary for an effective reorganization because the Debtors do not intend to reorganize.

13. Syngenta requests that relief from stay be effective immediately, and that the Court waive the fourteen day stay provided for under Rule 4002(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Syngenta respectfully requests that the Court grant Syngenta relief from stay and such other and further relief as deemed appropriate for the reasons stated herein. A proposed form of order is attached hereto as Exhibit A.

DATED this 11th day of November, 2019.

Page 4 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

SHUMAKER, LOOP & KENDRICK, LLP

By /s/ David H. Conaway
   David H. Conaway, Esq.
   North Carolina Bar No. 10648
   Ronald D. P. Bruckmann, Esq.
   North Carolina Bar No. 84912
   Telephone: (704) 375-0057
   dconaway@shumaker.com

FOSTER GARVEY P.C.

   Tara J. Schleicher, OSB #954021
   Telephone: (503) 228-3939
   Fax: (503) 226-0259
   tara.schleicher@foster.com
   *Local Counsel*

*Attorneys for Syngenta Seeds, LLC*

Page 5 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

**EXHIBIT A – PROPOSED ORDER**

Page 6 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc. [TIN: 9330],<br>Hermiston Foods, LLC [TIN: 3927], and<br>Quincy Foods, LLC [TIN: 7444],<br><br>    Debtors. | Case No. 19-62584-pcm11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-33102-pcm11 and 19-33013-pcm11)<br><br>**ORDER GRANTING SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

       This matter came before the Court for hearing on Syngenta Seeds, LLC's Emergency Motion for Relief from Stay ("Motion"). The Court having considered the Motion, the Court's records and files, and arguments of counsel at the hearing, and being fully advised, and finding that the Motion is well taken, it is therefore

Page 7 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

ORDERED:

1. The Motion is granted;

2. Syngenta is hereby granted relief from the stay imposed by 11 U.S.C. § 362, and Syngenta may hereafter pursue all of its rights and remedies at law or in equity, including, without limitation, (a) pursuing its rights against the collateral secured by Syngenta's liens as described in the Motion including commencing a foreclosure proceeding, and (b) participating in any other proceedings filed by any other creditor or lienholder against the Debtors or the collateral in state or federal court; and

3. The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived by the Court.

###

PRESENTED BY:
SHUMAKER, LOOP & KENDRICK, LLP

*/s/ David H. Conaway*
David H. Conaway
dconaway@shumaker.com
Ronald Bruckmann
rbruckmann@shumaker.com
Telephone: (704) 375-0057
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280

and

Tara J. Schleicher, OSB #954021
E-Mail: tara.schleicher@foster.com
Foster Garvey P.C.
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

Page 8 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019 I served the foregoing **Emergency Motion for Relief from Stay** upon:

- **STEPHEN P ARNOT**  steve.arnot@usdoj.gov
- **Stephen P. Arnot**  steve.arnot@usdoj.gov, Amy.Schaffer@usdoj.gov
- **NOAH T BARISH**  nbarish@mbjlaw.com
- **TYLER BELLIS**  tylerb@mcewengisvold.com, nancyn@mcewengisvold.com, docketing@mcewengisvold.com
- **SCOTT BLAKELEY**  seb@blakeleyllp.com
- **CASSANDRA CAVERLY**  burton.cassandra@pbgc.gov
- **MARK B COMSTOCK**  mcomstock@ghrlawyers.com, tbrinlee@ghrlawyers.com
- **TIMOTHY J CONWAY**  tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- **BRADLEY S. COPELAND**  bcopeland@arnoldgallagher.com, bdavid@arnoldgallagher.com
- **MICHAEL G COWGILL**  mcowgill@wtlegal.com, kmcgie@wtlegal.com
- **CONDE T. COX**  conde@lawofficeofcondecox.com, trish@lawofficeofcondecox.com
- **DAVID W CRISWELL**  criswelld@lanepowell.com, docketing-PDX@Lanepowell.com;holleym@lanepowell.com
- **MICHAEL W FLETCHER**  michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- **SUSAN S FORD**  susanf@sussmanshank.com, jhume@sussmanshank.com,ecf.susan.ford@sussmanshank.com;susan-ford-1058@ecf.pacerpro.com
- **OREN B HAKER**  oren.haker@stoel.com, docketclerk@stoel.com;kevin.mckenzie@stoel.com;rene.alvin@stoel.com
- **KRISTEN GRACE HILTON**  khilton@sussmanshank.com
- **CALEB T. HOLZAEPFEL**
- **ALBERT N KENNEDY**  al.kennedy@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- **DANIEL KUBITZ**  daniel.kubitz@stoel.com
- **Kurtzman Carson Consultants LLC**  ECFPleadings@kccllc.com
- **LINDA J. LARKIN**  larkinl@bennetthartman.com, mathisa@bennetthartman.com
- **MATTHEW MCLAIN LAWLESS**  mlawless@arnoldgallagher.com
- **JEFFREY C MISLEY**  jmisley@sussmanshank.com, jhume@sussmanshank.com,ecf.jeffrey.misley@sussmanshank.com
- **DOUGLAS R PAHL**  dpahl@perkinscoie.com, nlesage@perkinscoie.com;docketpor@perkinscoie.com
- **TERESA H PEARSON**  teresa.pearson@millernash.com, MNGD-2823@millernash.com
- **DAMON J. PETTICORD**  damon@apantac.com
- **ALEX I POUST**  apoust@schwabe.com, docket@schwabe.com;ecfpdx@schwabe.com

Page 9 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

- **TARA J. SCHLEICHER** tara.schleicher@foster.com, krhine@gsblaw.com
- **AVA L SCHOEN** ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- **ALAN D SMITH** adsmith@perkinscoie.com
- **TIMOTHY A SOLOMON** tsolomon@llg-llc.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- **THOMAS W STILLEY** tom@sussmanshank.com, jhume@sussmanshank.com,ecf.thomas.stilley@sussmanshank.com;thomas-stilley-7866@ecf.pacerpro.com
- **TOBIAS TINGLEAF** toby@shermlaw.com, darlene@shermlaw.com
- **US Trustee, Eugene** USTPRegion18.EG.ECF@usdoj.gov
- **JOSEPH M VANLEUVEN** joevanleuven@dwt.com, kathrynferdinand@dwt.com; pdxdocket@dwt.com
- **CAROLYN G. WADE** Carolyn.g.wade@doj.state.or.us
- **HELEN E. WELLER** dallas.bankruptcy@publicans.com
- **WILLIAM RANDELL WILDER** wwilder@bapwild.com
- **Noah Scott Warman** nwarman@mbjlaw.com

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **First-class mail, postage prepaid.**

I hereby certify that on November 12, 2019, I shall serve the foregoing **Emergency Motion for Relief from Stay** via first class mail upon:

| | | |
|---|---|---|
| Scott Cargill<br>Lowenstein Sandler LLP<br>One Lowenstein Dr.<br>Roseland, NJ  07068 | Kate Ellis<br>McCaron & Diess<br>4530 Wisconsin Ave. NW #301<br>Washington, DC  20016 | HM Clause, Inc.<br>26 Cousteau Pl, Ste. 210<br>Davis, CA 95618 |
| Caleb T. Holzaepfel<br>Husch Blackwell LLP<br>736 Georgia Ave #300<br>Chattanooga, TN  37402 | International Paper Co.<br>6400 Poplar Ave.<br>Memphis, TN 38197 | Christopher M. Kierman<br>Blakeley LLP<br>18500 Von Karman Ave #530<br>Irvine, CA  92612 |

Page 10 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon  97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19

| | | |
|---|---|---|
| Kurtzman Carson Consultants LLC<br>222 N Pacific Coast Hwy 3rd Fl<br>El Segundo, CA 90245 | BARRETT MARUM<br>379 Lytton Ave<br>Palo Alto, CA 94301-1479 | Mohawk Northern Plastics, LLC dba Ampac<br>701 A. Street NE<br>Auburn, WA 98002 |
| Bruce S. Nathan<br>1251 Avenue of the Americas<br>New York, NY 10020 | Packaging Corporation of America<br>1 N. Field Court<br>Lake Forest, IL 60045 | Pension Benefit Guaranty Corp<br>1200 K. Street, NW<br>Washington, DC 20005 |
| Jeffrey D. Prol<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 | DENNIS M RYAN<br>2200 Wells Fargo Center<br>90 S Seventh St<br>Minneapolis, MN 55402-3901 | MICHAEL R. STEWART<br>2200 Wells Fargo Ctr<br>90 S. Seventh St<br>Minneapolis, MN 55402-3901 |
| SierraConstellation Partners LLC<br>400 S. Hope St #1050<br>Los Angeles, CA 90071 | George Smith<br>9601 Oakmont Lane<br>Stayton, OR 97383 | Syngenta Seeds, LLC<br>PO Box 18300<br>Greensboro, NC 27419 |
| Alvarez & Marshal North America, LLC<br>425 Market St.<br>San Francisco, CA 94150 | | |

DATED this 11th day of November, 2019.

*/s/ Ronald D. P. Bruckmann*
Ronald D. P. Bruckmann

Page 11 - **SYNGENTA SEEDS, LLC'S EMERGENCY MOTION FOR RELIEF FROM STAY**

FOSTER GARVEY P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Case 19-62584-pcm11    Doc 367    Filed 11/11/19