Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc. [TIN 9330], Hermiston Foods, LLC [TIN 3927], and Quincy Foods, LLC [TIN 7444],<br><br>    Debtors. | Lead Case No. 19-62584-pcm11<br>(Jointly Administered with Case Nos. 19-33102-pcm11 and 19-33103-pcm11)<br><br>**AMENDED ORDER AUTHORIZING EMPLOYMENT OF LOWENSTEIN SANDLER AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE** |

This matter came before the Court pursuant to the Application by the Official Committee of Unsecured Creditors (the "**Committee**") to employ Lowenstein Sandler ("**Lowenstein**") as Counsel filed on September 27, 2019 (Docket No. 209) (the "**Application**"). Based on the Application and the documents submitted in support thereof, including Lowenstein's Verified Rule 2014 Statement, and after due deliberation the Court having determined that the relief requested in the Application is in the best interests of the Debtors' Estates and their creditors; NOW, THEREFORE, it is ORDERED:

1. The Committee is authorized to employ the law firm of Lowenstein Sandler as counsel, *nunc pro tunc* as of August 30, 2019.

**Page 1 of 2 –** **AMENDED ORDER AUTHORIZING EMPLOYMENT OF LOWENSTEIN SANDLER AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-62584-pcm11    Doc 382    Filed 11/12/19

2. Except as set forth herein, the Court's Order Authorizing Employment of Lowenstein Sandler as Counsel for the Unsecured Creditors Committee (Dkt. 190) shall remain in full force and effect.

# # #

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A)

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

LEONARD LAW GROUP LLC

  /s/ Timothy A. Solomon
Justin D. Leonard, OSB 033736
Timothy A. Solomon, OSB 072573
Holly C. Hayman, OSB 114146

Local Counsel for Official Committee of Unsecured Creditors

c: ECF Participants

Page 2 of 2 – AMENDED ORDER AUTHORIZING EMPLOYMENT OF LOWENSTEIN SANDLER AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-62584-pcm11    Doc 382    Filed 11/12/19