| 11/12/2019 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

**2:30 PM 19-62584 pcm 11 bk**    NORPAC Foods, Inc.

**Notice of Hearing and Motion for Relief from Stay i /i Filed by Creditor Syngenta Seeds, LLC Hearing Scheduled for 11/12/2019 at 02:30 PM in/by Courtroom #1,Portland. (CONAWAY, DAVID) (367)**

| | |
|---|---|
| NORPAC Foods, Inc. - db | TOBIAS TINGLEAF |
| Syngenta Seeds, LLC - cr | DAVID H. CONAWAY |
| Syngenta Seeds, LLC - crcm | |
| Hermiston Foods, LLC - jtdb | AVA L SCHOEN |

**Notice of Hearing and Motion for Relief from Stay and Supporting Document(s) Filed by Creditor Dan McCarty dba J&M Farming Hearing Scheduled for 11/12/2019 at 02:30 PM in/by Courtroom #1,Portland. (STILLEY, THOMAS) (361)**

| | |
|---|---|
| NORPAC Foods, Inc. - db | TOBIAS TINGLEAF |
| J&M Farming - cr | THOMAS W STILLEY |
| Hermiston Foods, LLC - jtdb | AVA L SCHOEN |

**Continued Hearing re: Affidavit of Justin Barr In Support of Relief From Stay Re: 202 Order on Motion to Obtain Credit Filed By Creditor CoBank, ACB (PEARSON, TERESA) (327)**

| | |
|---|---|
| NORPAC Foods, Inc. - db | MICHAEL W FLETCHER |
| CoBank, ACB - cr | MICHAEL R. STEWART |

**Relief from Stay Refiled with No Fee Filed by Creditor Seminis Vegetable Seeds, Inc. Re: 356 Notice of Hearing and Motion for Relief from Stay filed by Creditor Seminis Vegetable Seeds, Inc.. Hearing Scheduled for 11/12/2019 at 02:30 PM in Courtroom #1,Portland. (377)**

| | |
|---|---|
| NORPAC Foods, Inc. - db | MICHAEL W FLETCHER |
| Seminis Vegetable Seeds, Inc. - cr | MARSHALL C TURNER |

**Relief from Stay Refiled with No Fee Filed by Creditor Castle Rock Farming LLC Re: 352 Notice of Hearing and Motion for Relief from Stay Filed by Creditor Castle Rock Farming LLC Hearing Scheduled for 11/12/2019 at 02:30 PM in Courtroom #1,Portland. (Attachments: #1 Proposed Order) (KUBITZ, DANIEL) (375)**

| | |
|---|---|
| NORPAC Foods, Inc. - db | TOBIAS TINGLEAF |
| Castle Rock Farming LLC - cr | DANIEL KUBITZ |
| Hermiston Foods, LLC - jtdb | AVA L SCHOEN |

                                                                    **Sign in sheet attached**

Evidentiary Hearing:      Yes: ☐      No: ☒

**Motion for Relief from Stay hearings continued to 11/18/19 @ 2:00 in Ctrm. 1.**

In Re: ) Case # 19-62584

Debtor Norpac )

## List of Persons Attending

Hearing date 11/12/19

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Kristen Hilton | Superior Foods, Superior Foods International |
| ~~Lineage to~~ Daniel Crisnell | Lineage Logistics |
| Tom Stilley | Dan McCarthy |
| Teresa Pearson | CoBank ACB |
| Alex Hill | H.M. Clause, Inc. |
| Winston Mar | Norpac |
| Doug Pahl | J.R. Simplot |
| Joe VanLeuven | Oregon Potato Company |
| Tim Solomon | Committee |
| Al Kennedy | Norpac |
| Mike Fletcher | Norpac |
| Steve Arndt | US |
| phone / Scott Cargill | Creditors Committee |
| David Conway | Syngenta Seeds |

Case 19-62584-pcm11    Doc 389    Filed 11/12/19