| | | |
|---|---|---|
| 11/14/2019 | THURSDAY | Judge Peter C McKittrick |
| 9:30 AM 19-62584 pcm 11 bk | NORPAC Foods, Inc. | |

**Continued Hearing Motion to Reject Collective Bargaining Agreements Filed by Jointly Administered Debtors Hermiston Foods, LLC, Quincy Foods, LLC, Debtor NORPAC Foods, Inc. (CONWAY, TIMOTHY) (242)**

**Continued Hearing re: Objection Filed by U.S. Trustee US Trustee, Eugene Re: 168 First Amended Motion to Assume Executory Contract With Shawn Campbell Filed by Jointly Administered Debtors Hermiston Foods, LLC, Quincy Foods, LLC, Debtor NORPAC Foods, Inc. (SCHOEN, AVA) Modified on 9/18/2019 Corrected Docket Text (krw). (Schaffer, Amy) (173)**

| | |
|---|---|
| NORPAC Foods, Inc. - db | MICHAEL W FLETCHER |
| Hermiston Foods, LLC - jtdb | MICHAEL W FLETCHER |
| US Trustee, Eugene - ust | STEPHEN P ARNOT |

Sign in sheet attached

Evidentiary Hearing: Yes: ☐  No: ☒

Hearing continued until 12/10 @ 1:30 in Ctrm. 1.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Run Date: 11/14/19

Case 19-62584-pcm11    Doc 398    Filed 11/14/19

In Re:

Norpac

Debtor

Case # 19-62584

## List of Persons Attending

Hearing date 11/14/19

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Jacob Stallings | Int'l Union of Operating Engineers Local 701 |
| NATE STOKES | IUOE LOCAL 701 |
| Al Kennedy | Norpac |
| Teresa Pearson | CoBank ACB |
| Jo VanLeuven | OPC |
| phone William Wilder | Teamsters Local |
| Tai Solomon | Committee |
| Steve Abbott | UST |

Case 19-62584-pcm11　　Doc 398　　Filed 11/14/19