Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
   Direct Dial:  503.802.2013
   Facsimile:   503.972.3713
   E-Mail:      albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
   Direct Dial:  (503) 802-2027
   Facsimile:   (503) 972-3727
   E-Mail:      tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial:  (503) 802-2169
   Facsimile:   (503) 972-3867
   E-Mail:      michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
   Direct Dial:  (503) 802-2143
   Facsimile:   (503) 972-3843
   E-Mail:      ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

     Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc. [TIN 9330],<br>Hermiston Foods, LLC [TIN 3927], and<br>Quincy Foods, LLC [TIN 7444],<br><br>           Debtors. | Case No. 19-62584-pcm11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-33102-pcm11 and 19-33103-pcm11)<br><br>**MOTION TO RESCHEDULE HEARING ON DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS** |

Pursuant to LBR 7007-1(c) made applicable by LBR 9013-1, Debtors hereby request a rescheduled and expedited hearing on their Motion to Reject Collective Bargaining Agreements ("Motion to Reject") [ECF No. 242]. Debtors' counsel has conferred with counsel for Teamsters Local Unions 324, 670, and 760 ("Teamsters Locals") but has been unable to reach agreement on rescheduling the hearing.

**Page 1 of 2** -   MOTION TO RESCHEDULE HEARING ON DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS

Debtors' Motion to Reject Collective Bargaining Agreements was filed on October 14, 2019 [ECF No. 242]. Objections were due on or before October 25, 2019. Teamsters Locals filed their response on October 25, 2019 [ECF No. 301]. No other responses or objections have been filed.

The final hearing on the Motion is scheduled for February 12, 2020.

On January 10, 2020, Teamsters Locals filed an objection to Debtors' Motion for Authority to Sell Property to Lineage Master RE, LLC ("Lineage"). Teamsters Locals want the closing of the sale to Lineage to be conditioned on compliance by Debtors with Section 1113 of the Bankruptcy Code. As set forth in Debtors' Response to Teamsters Local Unions' Limited Objection to Debtors' Notice of Intent to Sell Real or Personal Property [ECF No. 545], Debtors have complied with Section 1113 of the Bankruptcy Code. Debtors will present evidence of their compliance at the hearing scheduled for January 14, 2020. The sale to Lineage is crucial to Debtors' ability to pay all of their secured creditors and confirm a plan of reorganization that will enable Debtors to make distributions to unsecured creditors. Any delay in the closing will cause harm to Debtors and the estate.

Debtors hereby move this Court for an Order rescheduling the hearing currently scheduled for February 12, 2020 to the earliest available date.

DATED this 13th day of January, 2019.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtors

Page 2 of 2 - MOTION TO RESCHEDULE HEARING ON DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 546    Filed 01/13/20

# EXHIBIT 1

## PROPOSED FORM OF ORDER

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc. [TIN 9330],<br>Hermiston Foods, LLC [TIN 3927], and<br>Quincy Foods, LLC [TIN 7444],<br><br>               Debtors. | Case No. 19-62584-pcm11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-33102-pcm11 and 19-33103-pcm11<br><br>**ORDER GRANTING MOTION FOR RESCHEDULED HEARING ON DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS** |

THIS MATTER came before the Court on January 14, 2020 and good cause appearing therefor;

IT IS HEREBY ORDERED that the final hearing on Debtors' Motion to Reject Collective Bargaining Agreements is scheduled for _____, 2020.

# # #

Page 1 of 2 -  ORDER GRANTING MOTION FOR RESCHEDULED HEARING ON DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By _____
    Albert N. Kennedy, OSB NO. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:  al.kennedy@tonkon.com
           tim.conway@tonkon.com
           michael.fletcher@tonkon.com
           ava.schoen@tonkon.com
    Attorneys for Debtors

cc:    List of Interested Parties

**Page 2 of 2** - ORDER GRANTING MOTION FOR RESCHEDULED HEARING ON DEBTORS' MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11   Doc 546   Filed 01/13/20