Below is an order of the court.

_____

PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc. [TIN 9330], Hermiston Foods, LLC [TIN 3927], and Quincy Foods, LLC [TIN 7444],<br><br>                  Debtors. | Case No. 19-62584-pcm11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-33102-pcm11 and 19-33103-pcm11<br><br>**ORDER SETTING DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION** |

A hearing having been held before the Court on February 12, 2020, and the Court being duly advised in the premises and finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1.     Debtors and the Committee for Unsecured Creditors shall file their Joint Plan of Liquidation and related Disclosure Statement no later than April 15, 2020.

# # #

**Page 1 of 2** - ORDER SETTING DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By /s/ Michael W. Fletcher
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:    al.kennedy@tonkon.com
             tim.conway@tonkon.com
             michael.fletcher@tonkon.com
             ava.schoen@tonkon.com
    Attorneys for Debtors

009684/00004/10850496v1

**Page 2 of 2** - ORDER SETTING DEADLINE TO FILE DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-62584-pcm11    Doc 650    Filed 02/20/20