Stephen P. Arnot OSB # 070765
Assistant United States Trustee
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-4004
Email: steve.arnot@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>NORPAC Foods, Inc.,<br><br>Debtor(s). | Case No. 19-62584-pcm11<br>(Lead Case)<br><br>**UNITED STATES TRUSTEE'S APPOINTMENT OF THE OFFICIAL UNSECURED COMMITTEE OF CO-OP MEMBER PRODUCE SUPPLIERS**<br><br>(Jointly Administered with Hermiston Foods, LLC., Case Nos. 19-33102-pcm11 and Quincy Foods, LLC., Case No. 19-33103-pcm11) |

Pursuant to sections 11 U.S.C. § 1102(a) of the Bankruptcy Code, Gregory M. Garvin, Acting United States Trustee, by and through Stephen P. Arnot, Assistant United States Trustee, has appointed and hereby files The Notice of Appointment of Unsecured Committee of Co-op Member Produce Suppliers for the above-named debtor(s):

**Page 1 – UNITED STATES TRUSTEE'S APPOINTMENT OF THE OFFICIAL UNSECURED COMMITTEE OF CO-OP MEMBER PRODUCE SUPPLIERS**

| | |
|---|---|
| Fessler Farms<br>13009 McKee School Rd. NE<br>Woodburn, OR  97071<br><br>Attention:  Thomas Fessler | Phone: 503-559-1471<br>Fax: 503-634-2238<br>Email: tomf@woodburnnursery.com<br><br>Unsecured Claim: $3,693,085.76 |
| Mari-Linn Farms, Inc.<br>32920 Harnisch Rd. NE<br>Albany, OR  97321<br><br>Attention: Rodney Chambers | Phone: 503-559-6430<br>Email: rkchambers44@gmail.com<br><br><br>Unsecured Claim: #337,149.17 |
| Daniel Haener<br>7384 SW Bouchaine Ct.<br>Wilsonville, OR  97070<br><br>Attention: Daniel Haener | Phone: 503-784-3779<br>Email: dhaener@comcast.net<br><br><br>Unsecured Claim: $908,701.88 |
| KJ Farms, Inc.<br>11690 Hook Rd. NE<br>Mt. Angel, OR  97362<br><br>Attention:  Ray Eder | Phone: 503-932-2506<br>Fax: 503-845-2329<br>Email: ray_eder@yahoo.com<br><br>Unsecured Claim: $612,126.28 |
| Dickman Farms Inc.<br>15829 Mt. Angel-Scotts Mills Rd. NE<br>Silverton, OR  97381<br><br><br><br>Attention: Corey Dickman | Phone: 503-932-5512<br>Email: coreymdickman@gmail.com<br><br><br><br><br>Unsecured Claim: $336,248.29 |

DATED this 25th day of February, 2020.

                Respectfully submitted,
                GREGORY M. GARVIN
                Acting United States Trustee for Region 18


                /s/ Stephen Arnot
                STEPHEN ARNOT OSB # 070765
                Assistant United States Trustee


**Page 2 – UNITED STATES TRUSTEE'S APPOINTMENT OF THE OFFICIAL UNSECURED COMMITTEE OF CO-OP MEMBER PRODUCE SUPPLIERS**

# CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2020, I served a copy of the foregoing **UNITED STATES TRUSTEE'S APPOINTMENT OF THE OFFICIAL UNSECURED COMMITTEE OF CO-OP MEMBER PRODUCE SUPPLIERS** by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the follows:

NORPAC Foods, Inc.
POB 14444
Salem, OR 97309

Albert N. Kennedy
888 SW 5th Ave #1600
Portland, OR 97204

Official Committee of Unsecured Creditors – NORPAC Foods, Inc.
c/o Scott Cargill
Lowenstein Sandler, LLP
One Lowenstein Dr.
Roseland, NJ 07068

Official Committee of Unsecured Creditors – NORPAC Foods, Inc.
c/o Bruce Nathan
1251 Avenue of the Americas
New York, NY 10020

Official Committee of Unsecured Creditors – NORPAC Foods, Inc.
c/o Jeffrey D. Prol
Lowenstein Sandler, LLP
One Lowenstein Dr.
Roseland, NJ 07068

Official Committee of Unsecured Creditors – NORPAC Foods, Inc.
c/o Timothy Solomon
1 SW Columbia, Suite 1010
Portland, OR 97204

Oregon Processors Seasonal Employees Pension Trust
Oregon Processors Employee Trust
c/o Linda Larkin
Bennett, Hartman, Morris & Kaplan, LLP
210 SW Morrison St., Ste. 500
Portland, OR 97204

 

                                      GREGORY M. GARVIN

                                      Acting United States Trustee for Region 18


                                      /s/ Stephen Arnot
                                      STEPHEN ARNOT OSB # 070765
                                      Assistant United States Trustee