1  Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
       Direct Dial:  503.802.2013
2      Facsimile:   503.972.3713
       E-Mail:      albert.kennedy@tonkon.com
3  Michael W. Fletcher, OSB No. 010448
       Direct Dial: (503) 802-2169
4      Facsimile:   (503) 972-3867
       E-Mail:      michael.fletcher@tonkon.com
5  Ava L. Schoen, OSB No. 044072
       Direct Dial: (503) 802-2143
6      Facsimile:   (503) 972-3843
       E-Mail:      ava.schoen@tonkon.com
7  Danny Newman, OSB No. 200518
       Direct Dial: (503) 802-2089
8      Facsimile: (503) 274-8779
       E-Mail: danny.newman@tonkon.com
9  TONKON TORP LLP
   888 SW Fifth Avenue, Suite 1600
10 Portland, OR 97204-2099

11      Attorneys for Debtors

12

13              UNITED STATES BANKRUPTCY COURT

14                  DISTRICT OF OREGON

15 | In re                          | Case No. 19-62584-pcm11
16 |                                | **LEAD CASE**
   | North Pacific Canners & Packers, Inc., |
17 | Hermiston Foods, LLC, and NPCP Quincy, | (Jointly Administered with Case
   | LLC,                           | Nos. 19-33102-pcm11 and
18 |              Debtors.          | 19-33103-pcm11)
19 |                                | **DEBTORS' FIFTH OMNIBUS
   |                                | OBJECTION TO CLAIMS
20 |                                | (SATISFIED, NON-DEBTOR,
   |                                | UNTIMELY, AND REDUCED
21 |                                | CLAIMS)**

22              <u>NOTICE OF OBJECTION</u>

23          If you oppose the proposed course of action or relief sought in this motion, you

24  must file a written objection with the Bankruptcy Court no later than 30 days after the service

25  date of this motion.  If you do not file an objection, the Court may grant the motion without

26  further notice or hearing.  Your objection must set forth the specific grounds for objection and

**Page 1 of 7 -**  DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED, NON-
          DEBTOR, UNTIMELY, AND REDUCED CLAIMS)

your relation to the case. The objection must be received by the Clerk of the Court at the United States Bankruptcy Court, 405 E. Eighth Avenue, Suite 2600, Eugene, OR 97401 by the deadline specified above or it may not be considered. At the same time, you must also serve the objection on Michael W. Fletcher at Tonkon Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland, OR 97204. If the Court sets a hearing, you will receive a separate notice listing the hearing date, time, and other relative information.

## OBJECTION

North Pacific Canners & Packers, Inc. (formerly known as NORPAC Foods, Inc.) ("NORPAC"), Hermiston Foods, LLC, and NPCP Quincy, LLC (formerly known as Quincy Foods, LLC), debtors and debtors-in-possession ("Debtors"), pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure, and the Order Granting Omnibus Claim Objection Procedures and Settlement Procedures [ECF No. 826], file this fifth omnibus objection (the "Objection") to those claims listed on **Schedules 1, 2, 3, and 4** to the proposed order (attached hereto as **Exhibit 1**), and submit in support of this Objection the Declaration of William L. White of SierraConstellation Partners, attached hereto as **Exhibit 2** (the "White Declaration"). In support of this Motion, Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O). Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

3. On August 22, 2019 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

1        4.      On August 26, 2019, the Court entered an Order Directing Joint

2  Administration Pursuant to FRBP 1015(b) of each of Debtors' cases.

3        5.      No request has been made for the appointment of a trustee or examiner.

4  An official committee of unsecured creditors (the "Committee") was appointed in Debtors' cases

5  on August 30, 2019.

6        6.      The Notice of Chapter 11 Bankruptcy Case, entered in each of Debtors'

7  cases on August 27, 2019, established October 31, 2019 as the general deadline by which proofs

8  of claim must be received by Kurtzman Carson Consultants LLC ("KCC"), Debtors' official

9  court-appointed notice and claims agent, in each of Debtors' Chapter 11 cases  (the "General Bar

10  Date") and also identified February 18, 2020 as the claims bar date applicable to governmental

11  units pursuant to FRBP 3002(c)(1) (the "Government Bar Date" and, together with the General

12  Bar Date, the "Initial Bar Dates").

13        7.      On September 17, 2019, each of Debtors filed a Statement of Financial

14  Affairs and a Schedule of Assets and Liabilities in their respective cases.

15        8.      On February 25, 2020, the U.S. Trustee appointed the Unsecured

16  Committee of Co-Op Member Produce Suppliers (the "Growers Committee"), which consists of

17  creditors who were cooperative members and suppliers of Debtors, holding unsecured claims and

18  willing to serve in a fiduciary capacity.

19        9.      On April 1, 2020, the Court entered an Order Setting Deadline for Filing

20  of Rejection Claims [ECF No. 719] which set forth a deadline of April 30, 2020, for filing claims

21  arising from a rejected executory contract or lease (the "Rejection Claim Bar Date").

22        10.    On April 1, 2020, the Court entered an Order Setting Deadline for Filing

23  Post-Petition Non-Professional Administrative Expense Claims [ECF No. 720] which set forth a

24  deadline of April 30, 2020, for filing claims arising from non-professional administrative

25  expenses as set forth in 11 U.S.C. § 503(b) incurred on or after the Petition Date and on or before

26  April 1, 2020 (the "Post-Petition Administrative Claim Bar Date").

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

11.     The deadlines for the Initial Bar Dates, the Rejection Claim Bar Date, and the Post-Petition Administrative Claim Bar Date have all expired.

12.     On May 7, 2020, Debtors' filed their Motion for Entry of an Order Approving (1) Omnibus Claims Objections Procedures and (2) Settlement Procedures [ECF No. 797] (the "Claims Procedures Motion"), which set forth the procedures for filing omnibus claims objections.  On May 29, 2020, the Court entered an order approving the Claims Procedures Motion [ECF No. 826].

13.     On November 12, the Court entered the Order Confirming Debtors' and the Committee's Second Amended Joint Plan of Liquidation [Docket No. 1057].  On November 30, 2020, Debtors' Plan of Liquidation went effective.  *See* Docket No. 1078.

14.     More than 1,000 proofs of claim have been filed in these Chapter 11 cases. Debtors are in the process of reviewing and reconciling the filed proofs of claim.  This process includes identifying particular categories of claims that may be targeted for disallowance, reduction and allowance, or reclassification.

15.     As part of their ongoing review and as described in the White Declaration, Debtors have reviewed the proofs of claim listed on **Schedules 1, 2, 3, and 4** to the attached proposed order, and have concluded that each such claim appropriately is objected to on the basis set forth below.

## **RELIEF REQUESTED**

16.     Debtors seek an order of this Court, pursuant to 11 U.S.C. § 502 and Rule 3007, disallowing or allowing each proof of claim as set forth below and listed on **Schedules 1, 2, 3, and 4** to the attached proposed order.

## **OBJECTION TO CLAIMS**

### **Satisfied Claims**

17.     Debtors object to the claims listed on **Schedule 1** to the attached proposed order under the "Claim to be Disallowed" column (collectively, the "Satisfied Claims") as claims

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

1 for which Debtors are not liable because, before or since the proof of claim was filed, Debtors

2 have paid the full amount or otherwise satisfied the claim.

3       18.    Failure to disallow the Satisfied Claims in their entirety would result in the

4 applicable claimants receiving an unwarranted recovery against Debtors' estates to the detriment

5 of creditors in these Chapter 11 cases. Accordingly, Debtors seek the entry of an order

6 disallowing each Satisfied Claim.

7 **Non-Debtor Claims**

8       19.    Debtors object to the claims listed on **Schedule 2** to the attached proposed

9 order under the "Claim to be Disallowed" column as claims for which Debtors are not liable

10 (collectively, the "Non-Debtor Claims").

11       20.    Debtors are not liable for the Non-Debtor Claims because they are claims

12 filed by Debtors' former employees that should be directed to the claimant's retirement

13 administrator, to workers' compensation insurance or other insurance provider, and/or to the

14 Pension Benefit Guaranty Corporation.

15       21.    These Non-Debtor Claims are thus incorrectly filed in these chapter 11

16 cases and are not supported by Debtors' books and records. Failure to disallow the Non-Debtor

17 Claims in their entirety would result in the applicable claimants receiving an unwarranted

18 recovery from Debtors' estates to the detriment of Debtors' creditors. Accordingly, Debtors seek

19 the entry of an order disallowing each Non-Debtor Claim.

20 **Untimely Claims**

21       22.    Debtors object to the claims listed on **Schedule 3** to the attached proposed

22 order under the "Claim to be Disallowed" column (collectively, the "Untimely Claims") as

23 claims for which Debtors are not liable because the proof of claim was filed after the expiration

24 of the Initial Bar Dates, the Rejection Claim Bar Date, and/or the Post-Petition Administrative

25 Claim Bar Date, whichever is applicable to each Untimely Claim, and the Untimely Claims do

26 not amend timely filed claims.

**Page 5 of 7 -** DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED, NON-DEBTOR, UNTIMELY, AND REDUCED CLAIMS)

1        23.     Failure to disallow the Untimely Claims in their entirety would result in

2 the applicable claimants receiving an unwarranted recovery against Debtors' estates to the

3 detriment of creditors in these chapter 11 cases.  Accordingly, Debtors seek the entry of an order

4 disallowing each Untimely Claim.  For the avoidance of doubt, this Objection objects only to

5 each Untimely Claim listed in **Schedule 3** in the "Claim to Be Disallowed" column—if the

6 claimant filed a different proof of claim timely, or is listed on Debtors' schedules and statements

7 as being owed a debt, Debtors do not object to those other claims.

8 **Reduced Claims**

9        24.     Debtors object to the claims listed on **Schedule 4** to the attached proposed

10 order under the "Claim to be Disallowed" column (collectively, the "Reduced Claims") should

11 be allowed as general unsecured claims in the listed amount on **Schedule 4** under the "Allowed

12 Amount Per Debtors' Books & Records" column (the "Reduced Amounts").

13        25.     For each Reduced Claim, the amount stated on the filed proof of claim is

14 not supported by Debtors' books and records.  Accordingly, the Reduced Claims should be

15 allowed in the Reduced Amounts, which reflect the correct amount for each Reduced Claim as

16 shown in Debtors' books and records.  Therefore, KCC, Debtors' official court-appointed notice

17 and claims agent, should be authorized to enter the Reduced Amounts for the Reduced Claims on

18 the official claims register for these chapter 11 cases.

19        26.     Failure to allow the Reduced Claims in the Reduced Amounts listed on

20 **Schedule 4** would result in the applicable claimants receiving an unwarranted recovery against

21 Debtors' estates to the detriment of creditors in these Chapter 11 cases.  Accordingly, Debtors

22 seek the entry of an order allowing each Reduced Claim in the Reduced Amount listed on

23 **Schedule 4**.

24 **Declaration in Support of Objection**

25        27.     In support of this Objection, Debtors submit the White Declaration, which

26 is attached as **Exhibit 2**.

**Page 6 of 7 -**   DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED, NON-
                  DEBTOR, UNTIMELY, AND REDUCED CLAIMS)

**RESERVATION OF RIGHTS**

2        28.    Nothing herein shall constitute an admission of liability by Debtors with

3   respect to any proof of claim. Debtors reserve their rights to object to any proof of claim,

4   including any claim listed on **Schedules 1, 2, 3, and 4** to the proposed order, on any grounds

5   whatsoever at a later date.

6                 **NOTICE**

7        29.    KCC provide notice of this Objection to the claimants listed on

8   **Schedules 1, 2, 3, and 4** to the attached proposed order via First Class Mail.  Debtors submit

9   that, in light of the nature of the relief requested, no other or further notice need be given.

10        WHEREFORE, Debtors respectfully request entry of an order (i) granting the

11   relief requested herein and (ii) granting such other and further relief as the Court deems just and

12   proper.

13        DATED this 14th day of December, 2020.

14                 TONKON TORP LLP

15

16                 By */s/ Danny Newman*

17                    Albert N. Kennedy, OSB No. 821429

                      Michael W. Fletcher, OSB No. 010448

18                    Ava L. Schoen, OSB No. 044072

                      Danny Newman, OSB No. 200518

19                    Attorneys for Debtors

20

21

22

23

24

25

26

# EXHIBIT 1

## PROPOSED FORM OF ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

North Pacific Canners & Packers, Inc.,
Hermiston Foods, LLC, and NPCP Quincy,
LLC,

           Debtors.

Case No. 19-62584-pcm11
**LEAD CASE**

(Jointly Administered with Case
Nos. 19-33102-pcm11 and
19-33103-pcm11

**ORDER GRANTING DEBTORS'
FIFTH OMNIBUS OBJECTION TO
CLAIMS (SATISFIED, NON-
DEBTOR, UNTIMELY, AND
REDUCED CLAIMS)**

THIS MATTER having come before the Court upon Debtors' Fifth Omnibus

Objection to Claims (Satisfied, Non-Debtor, Untimely, and Reduced Claims) (the "Objection")

[ECF No. _____], the Court having jurisdiction to consider the Objection and the relief requested

therein pursuant to 11 U.S.C. § 502 and Rule 3007, and due and adequate notice of the Objection

having been given under the circumstances, and the Court being duly advised in the premises and

finding good cause; now, therefore;

IT IS HEREBY ORDERED that:

1.      The Objection is granted.

**Page 1 of 3 -**  ORDER GRANTING DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
(SATISFIED, NON-DEBTOR, UNTIMELY, AND REDUCED CLAIMS)

2. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

3. The Satisfied Claims listed on **Schedule 1** hereto under the column titled "Claim to Be Disallowed" are disallowed in their entirety.

4. The Non-Debtor Claims listed on **Schedule 2** hereto under the column titled "Claim to Be Disallowed" are disallowed in their entirety.

5. The Untimely Claims listed on **Schedule 3** hereto under the column titled "Claim to Be Disallowed" are disallowed in their entirety.

6. The Reduced Claims listed on **Schedule 4** hereto are allowed in the Reduced Amount listed under the column "Allowed Amount Per Debtors' Books & Records."

7. Nothing in the Objection or this Order constitutes a waiver of Debtors' rights to object to any claims not previously disallowed or to assert any claims, counterclaims, rights of offset or recoupment, or any other claims against the claimants listed on **Schedules 1, 2, 3, and 4** to this Order, all of which rights are expressly preserved.

8. Pursuant to this Order, KCC, Debtors' court-appointed notice and claims agent, is authorized and directed to reflect on the official claims register in these Chapter 11 cases that the claims listed on **Schedules 1, 2, and 3** are disallowed, and that the claims listed on **Schedule 4** are allowed in the Reduced Amounts listed under the column "Allowed Amount Per Debtors' Books & Records."

9. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Objection or the implementation of this Order.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

**Tonkon Torp LLP**
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Presented by:

TONKON TORP LLP


By _____
    Albert N. Kennedy, OSB No. 821429
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    Danny Newman, OSB No. 200518
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:     al.kennedy@tonkon.com
              michael.fletcher@tonkon.com
              ava.schoen@tonkon.com
              danny.newman@tonkon.com
    Attorneys for Debtors

# SCHEDULE 1

| Claim To Be Disallowed* | Creditor Name | Creditor Address (as listed on Proof of Claim) | Claim Amount | Debtor Name |
|---|---|---|---|---|
| 690 | Bi Rite Supermarkets Inc. | 4676 Eric Ave. SW, PO Box 3, Navarre OH 44662 | $1,000.00 | North Pacific Canners & Packers, Inc. |
| 951 | Connell Oil, Inc. | Leavy Schultz Davis, P.S., 2415 West Falls Avenue, Kennewick WA 99336 | $838.68 | NPCP Quincy, LLC |
| 886 | Franchise Tax Board | Bankruptcy Section MS A340, PO Box 2952, Sacramento CA 95812-2952 | $840.47 | North Pacific Canners & Packers, Inc. |
| 355 | Michigan Freeze Pack | Larissa Vanderputte, 835 S Griswold St, PO Box 30, Hart MI 49420 | $17,778.50 | North Pacific Canners & Packers, Inc. |
| 132 | NELSON-JAMESON, INC | PO BOX 1147, MARSHFIELD WI 54449 | $197.25 | NPCP Quincy, LLC |
| 264 | PEARSON PACKAGING SYSTEMS | 8120 W SUNSET HWY, SPOKANE WA 99224 | $284.11 | NPCP Quincy, LLC |
| 952 | Professional Interpreters, Inc. | PO Box 7578, Salem OR 97303 | $1,450.00 | North Pacific Canners & Packers, Inc. |
| 93 | VULCAN ELECTRIC CO | 28 ENDFIELD ST, PORTER ME 04068 | $1,464.50 | North Pacific Canners & Packers, Inc. |

* Duplicative Proof of Claim Nos. reflect claims with secured, priority, and/or unsecured portions.
Copies of all filed claims can be viewed at: http://www.kccllc.net/norpacfoods/register

# SCHEDULE 2

| Claim To Be Disallowed* | Creditor Name | Creditor Address (as listed on Proof of Claim) | Claim Amount | Nature | Debtor Name |
|---|---|---|---|---|---|
| 726 | Bothum, Cydney | 1515 E Highland, Hermiston OR 97838 | $8,823.76 | Priority | North Pacific Canners & Packers, Inc. |
| 687 | CHRISTIANSEN, ARTHUR | 1287 SIERRA CT, STAYTON OR 97383-1194 | $84,000.00 | Priority | North Pacific Canners & Packers, Inc. |
| 512 | Dean M. Christiansen | 11622 Shaff Rd SE, Aumsville OR 97325 | UNLIQUIDATED | Priority | North Pacific Canners & Packers, Inc. |
| 165 | DUNN, SHERI | 320 E LAUREL AVE, GILBERT AZ 85234 | $76,502.77 | Priority | North Pacific Canners & Packers, Inc. |
| 204 | Hector, Linda M | PO Box 392, Soap Lake WA 98851 | $61,645.56 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 145 | HEILMAN, RONALD | PO BOX 584, EPHRATA WA 98823 | $6,794.97 | Priority | North Pacific Canners & Packers, Inc. |
| 456 | KING, BARBARA M | 10619 NW 19TH AVE, VANCOUVER WA 98685 | $52,000.00 | Priority | North Pacific Canners & Packers, Inc. |
| 585 | MAGNUSON, BRYAN | 1630 BARNES ROAD S, SALEM OR 97306 | $93,089.59 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 583 | Michael Wright Magnuson | 155 SE 14th Pl, Warrenton OR 97146 | $90,764.34 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 746 | NEWTSON, KENNETH | C/O YELA FIDUCIARY SERVICES, LLC (FORMERLY FARLEY PLAZA LLC), P.O. BOX 16518, PORTLAND OR 97292 | $69,063.00 | Priority | North Pacific Canners & Packers, Inc. |
| 230 | Oshea, Brian J | 10 Wiskey Ridge Lane, Leavenworth WA 98826 | $151,704.00 | Priority | North Pacific Canners & Packers, Inc. |
| 741 | Quality Products | Brian Zielinski, 12423 River Rd NE, Gervais OR 97026 | $19,918.61 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 371 | RENN, SARA | 715 1ST AVE SW, QUINCY WA 98848 | $23,431.72 | Priority | NPCP Quincy, LLC |
| 319 | SANCHEZ, OFELIA | 505 I ST SW, QUINCY WA 98848 | UNLIQUIDATED | Priority | NPCP Quincy, LLC |
| 319 | SANCHEZ, OFELIA | 505 I ST SW, QUINCY WA 98848 | $7,576.81 | General Unsecured | NPCP Quincy, LLC |
| 756 | Toni R Jones | 1140 View Dr. NW, Salem OR 97304 | $225,000.00 | Priority | North Pacific Canners & Packers, Inc. |
| 267 | ZWICKER, PHYLLIS | 160 KENWOOD AVE NE, SALEM OR 97301 | $581.56 | Secured | North Pacific Canners & Packers, Inc. |

# SCHEDULE 3

| Claim To Be Disallowed* | Creditor Name | Creditor Address (as listed on Proof of Claim) | Claim Amount | Nature | Debtor Name |
|---|---|---|---|---|---|
| 821 | BJK Truck Parts, LLC | Kenneth Miller, Miller Mertens Comfort PLLC, 1020 N Center Pkwy Suite B, Kennewick WA 99336 | $740.95 | General Unsecured | Hermiston Foods, LLC |
| 821 | BJK Truck Parts, LLC | Kenneth Miller, Miller Mertens Comfort PLLC, 1020 N Center Pkwy Suite B, Kennewick WA 99336 | $86.71 | Admin Priority | Hermiston Foods, LLC |
| 814 | Boiler and Combustion Service, a Division of Northwest Control Company Inc | Rachel Harris, 8750 SE McLoughlin Blvd, Milwaukie OR 97222 | $3,972.94 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 760 | Bunzl Distribution California LLC | Shannon Weick, 4501 West Valley Hwy E Ste A, Sumner WA 98390 | $8,731.86 | Admin Priority | North Pacific Canners & Packers, Inc. |
| 760 | Bunzl Distribution California LLC | Shannon Weick, 4501 West Valley Hwy E Ste A, Sumner WA 98390 | $8,731.86 | Priority | North Pacific Canners & Packers, Inc. |
| 760 | Bunzl Distribution California LLC | Shannon Weick, 4501 West Valley Hwy E Ste A, Sumner WA 98390 | $843.64 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 929 | Ceridian HCM | Jennifer Glass, 3311 E. Old Shakopee Rd, Bloomington MN 55425 | $5,838.22 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 758 | COLUMBIA CORRUGATED BOX | 12777 SW TUALATIN-SHERWOOD RD, TUALATIN OR 97062 | $6,886.10 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 758 | COLUMBIA CORRUGATED BOX | 12777 SW TUALATIN-SHERWOOD RD, TUALATIN OR 97062 | $3,540.33 | Admin Priority | North Pacific Canners & Packers, Inc. |
| 938 | Family Foods LLC | Erik Crocitto, 15 OLD SHERMAN TPKE, DANBURY CT 06810 | $564.14 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 948 | Francisco Garibay | 1029 Neptune Ct SE, Salem OR 97317 | $529.00 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 810 | JB Hunt Transport | Erica Hayes, 615 JB Hunt Corp Dr, Lowell AR 72745 | $161,190.73 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 926 | Klarquist Sparkman LLP | 121 SW Salmon Street, Suite 1600, Portland OR 97204 | $1,350.00 | Admin Priority | North Pacific Canners & Packers, Inc. |

| Claim To Be Disallowed* | Creditor Name | Creditor Address (as listed on Proof of Claim) | Claim Amount | Nature | Debtor Name |
|---|---|---|---|---|---|
| 926 | Klarquist Sparkman LLP | 121 SW Salmon Street, Suite 1600, Portland OR 97204 | $125.00 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 820 | Medelez, Inc. | Kenneth Miller, Miller Mertens Comfort PLLC, 1020 N Center Pkwy Suite B, Kennewick WA 99336 | $59,844.83 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 895 | Panago Pizza Inc | 33149 Mill Lake Road, Abbotsford BC V2S 2A4 | $2,046.00 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 1025 | PECO Pallet Inc. | Tom Gerardi, 50 S Buckhout Street, Suite 301, Irvington NY 10533 | $24,923.78 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 1025 | PECO Pallet Inc. | Tom Gerardi, 50 S Buckhout Street, Suite 301, Irvington NY 10533 | $10,989.18 | Admin Priority | North Pacific Canners & Packers, Inc. |
| 776 | RUBY+SOLBERG LLC | 10117 SE SUNNYSIDE RD #F560, CLACKAMAS OR 977015 | $4,276.32 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 1089 | Sierra Springs | Freda Williams, 6750 Discovery Blvd, 0, Mableton GA 30126 | $1,633.93 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 1037 | The CORE Group | WFM, Inc., a CORE Group Co., 5201 West Laurel Street, Tampa FL 33607 | $3,568.27 | Priority | North Pacific Canners & Packers, Inc. |
| 872 | TRIANGLE PACKAGE MACHINERY COMPANY | ACCOUNTS RECEIVABLE, 6655 W DIVERSEY AVE, CHICAGO IL 60707-2293 | $23,196.72 | General Unsecured | North Pacific Canners & Packers, Inc. |
| 872 | TRIANGLE PACKAGE MACHINERY COMPANY | ACCOUNTS RECEIVABLE, 6655 W DIVERSEY AVE, CHICAGO IL 60707-2293 | $4,962.93 | Admin Priority | North Pacific Canners & Packers, Inc. |

* Duplicative Proof of Claim Nos. reflect claims with secured, priority, and/or unsecured portions.
Copies of all filed claims can be viewed at: http://www.kccllc.net/norpacfoods/register

# SCHEDULE 4

| Claim No.* | Creditor Name | Creditor Address (as listed on Proof of Claim) | Claim Amount | Nature | Debtor Name | Allowed Amount Per Debtors' Books & Records |
|---|---|---|---|---|---|---|
| 295 | Allen, Donald | 6114 Summerside St SE, Salem OR 97306 | $3,562.00 | Priority | North Pacific Canners & Packers, Inc. | $0.00 |
| 141 | ALLIANCE SHIPPERS INC | PO BOX 827505, PHILADELPHIA PA 19182-7505 | $109,519.68 | General Unsecured | North Pacific Canners & Packers, Inc. | $97,084.75 |
| 198 | CREATION GARDENS INC. | 2055 NELSON MILLER PARKWAY, LOUISVILLE KY 40223 | $19,422.48 | General Unsecured | North Pacific Canners & Packers, Inc. | $0.00 |
| 74 | Credit Analyst Corp. H.Q. | Sandra J. Sberna, 6035 Parkland Blvd, Cleveland OH 44124 | $515.00 | General Unsecured | NPCP Quincy, LLC | $0.00 |
| 247 | DIAZ, ALONSO | 131 C ST NE, QUINCY WA 98848 | $32,000.00 | Priority | NPCP Quincy, LLC | $0.00 |
| 116 | Hagan, Richard | PO Box 422, Jefferson OR 97352 | $3,720.00 | Priority | North Pacific Canners & Packers, Inc. | $0.00 |
| 555 | Impact Sales & Marketing Impact Group | 950 W Bannock St, Suite 500, Boise ID 83702 | $24,600.72 | General Unsecured | North Pacific Canners & Packers, Inc. | $4,014.73 |
| 423 | Lien Solutions | 28 Liberty St., 42nd Floor, New York NY 10005 | $1,599.75 | General Unsecured | North Pacific Canners & Packers, Inc. | $0.00 |
| 153 | LYCO MANUFACTURING, INC | 115 COMMERCIAL DR, PO BOX 31, COLUMBUS WI 53925-0031 | $3,216.00 | Admin Priority | NPCP Quincy, LLC | $0.00 |
| 432 | Molly L Cardwwell-Aiken | James Aiken, 1190 Joplin St S, Salem OR 97302 | $5,502.00 | General Unsecured | North Pacific Canners & Packers, Inc. | $0.00 |
| 940 | Motion Industries, Inc. | Nathan Q. Rugg, Barack Ferrazzano Kirschbaum & Nagelberg LLP, 200 West Madison Street, Suite 3900, Chicago IL 60606 | $125,069.04 | Admin Priority | NPCP Quincy, LLC | $0.00 |
| 19 | MSC Industrial Supply Company | 75 Maxess Road, Melville NY 11747 | $13,991.17 | Admin Priority | North Pacific Canners & Packers, Inc. | $12,367.20 |
| 642 | Mueller, Stephen | 32157 Stanfield Meadows Rd, Stanfield OR 97875 | $13,650.00 | Priority | North Pacific Canners & Packers, Inc. | $2,154.79 |
| 348 | Multifrost | 101 W Fir St, Othello WA 99344-1060 | $4,666.75 | General Unsecured | North Pacific Canners & Packers, Inc. | $3,121.75 |
| 96 | NORTH VALLEY MECHANICAL INC | 118 RODEO TRAIL RD, PO BOX 1369, OKANOGAN WA 98840-8229 | $39,338.68 | General Unsecured | NPCP Quincy, LLC | $0.00 |
| 399 | Reese Group Inc | Attn Rhonda Sweeney, PO Box 40423, Nashville TN 37204 | $11,631.79 | General Unsecured | North Pacific Canners & Packers, Inc. | $5,469.43 |
| 199 | RENEE AMEN | 7200 DOMINION CIRCLE, COMMERCE CA 90040 | $2,379.52 | General Unsecured | North Pacific Canners & Packers, Inc. | $0.00 |
| 292 | SpartanNash Company | 850 76th Street SW, Grand Rapids MI 49518 | $6,499.60 | General Unsecured | North Pacific Canners & Packers, Inc. | $0.00 |

* Duplicative Proof of Claim Nos. reflect claims with secured, priority, and/or unsecured portions.
Copies of all filed claims can be viewed at: http://www.kccllc.net/norpacfoods/register

| Claim No.* | Creditor Name | Creditor Address (as listed on Proof of Claim) | Claim Amount | Nature | Debtor Name | Allowed Amount Per Debtors' Books & Records |
|---|---|---|---|---|---|---|
| 560 | TACOMA SCREW PRODUCTS INC | PO BOX 35165, SEATTLE WA 98124-5165 | $17,432.93 | General Unsecured | NPCP Quincy, LLC | $13,237.42 |
| 375 | UniPro Foodservice, Inc. | Tracy Britton, 2500 Cumberland Parkway, SE, Suite 600, Atlanta GA 30339 | $142,576.98 | General Unsecured | North Pacific Canners & Packers, Inc. | $107,554.23 |
| 449 | WEST FARMS INC | PO BOX 42, CRABTREE OR 97374 | $21,300.00 | General Unsecured | North Pacific Canners & Packers, Inc. | $17,100.00 |

# EXHIBIT 2

## Declaration of William L. White

1   Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
        Direct Dial:  503.802.2013
2        Facsimile:   503.972.3713
        E-Mail:      albert.kennedy@tonkon.com
3   Michael W. Fletcher, OSB No. 010448
        Direct Dial:  (503) 802-2169
4        Facsimile:   (503) 972-3867
        E-Mail:      michael.fletcher@tonkon.com
5   Ava L. Schoen, OSB No. 044072
        Direct Dial:  (503) 802-2143
6        Facsimile:   (503) 972-3843
        E-Mail:      ava.schoen@tonkon.com
7   Danny Newman, OSB No. 200518
        Direct Dial: (503) 802-2089
8        Facsimile: (503) 274-8779
        E-Mail: danny.newman@tonkon.com
9   TONKON TORP LLP
    888 SW Fifth Avenue, Suite 1600
10  Portland, OR 97204-2099

11      Attorneys for Debtors

12

13                  UNITED STATES BANKRUPTCY COURT

14                        DISTRICT OF OREGON

15  In re                                    Case No. 19-62584-pcm11
                                             **LEAD CASE**
16  North Pacific Canners & Packers, Inc.,
    Hermiston Foods, LLC, and NPCP Quincy,   (Jointly Administered with Case
17  LLC,                                     Nos. 19-33102-pcm11 and
                                             19-33103-pcm11)
18              Debtors.
                                             **DECLARATION OF WILLIAM L.
19                                           WHITE IN SUPPORT OF DEBTORS'
                                             FIFTH OMNIBUS OBJECTION TO
20                                           CLAIMS (SATISFIED, NON-
                                             DEBTOR, UNTIMELY, AND
21                                           REDUCED CLAIMS)**

22

23          I, William L. White, declare and say:

24          1.      I am a Senior Director at SierraConstellation Partners LLC ("Sierra"), the

25  Chief Restructuring Officer for Debtors in the above-captioned matter, and make this

26

**Page 1 of 3 -**  DECLARATION OF WILLIAM L. WHITE IN SUPPORT OF DEBTORS' FIFTH
              OMNIBUS OBJECTION TO CLAIMS (UNTIMELY CLAIMS)

1 | Declaration in Support of Debtors' Fifth Omnibus Objection to Claims (Untimely Claims), filed

2 | contemporaneously herewith  (the "Objection").

3 |       2.      Capitalized terms not otherwise defined herein shall have the meaning

4 | ascribed to such terms in the Objection.

5 |       3.      In my capacity as Senior Director, I am one of the persons responsible for

6 | overseeing the claims reconciliation and objection process in Debtors' Chapter 11 cases.

7 | Debtors' ongoing claims reconciliation process involves the collective effort of a team of

8 | employees of Sierra and Debtors, as well as Debtors' counsel, Tonkon Torp LLP, and Debtors'

9 | notice and claims agent, KCC.  All facts set forth in this Declaration are based on my personal

10 | knowledge, my review of proofs of claim and other relevant documents, or information provided

11 | by Debtors' employees and advisors, and, as to matters involving United States bankruptcy law,

12 | rules, or other applicable laws, my reliance on the advice of counsel or other advisors to Debtors.

13 | If I were called upon to testify, I could and would testify to each of the facts set forth herein.

14 | **CLAIMS OBJECTION**

15 |       4.      I, or one or more of Debtors' employees or advisors operating under my

16 | supervision and/or at my direction, have reviewed the books and records, the schedules of assets

17 | and liabilities and statements of financial affairs filed by each Debtor, each of the proofs of claim

18 | identified in the Objection, the claims register, and the facts and circumstances set forth in the

19 | Objection regarding such proofs of claim.  We also prepared the schedule attached to the

20 | proposed order, including the "Ground for Objection" column that provides the detailed reasons

21 | for the objection.  I adopt those "Ground for Objection" explanations into this Declaration.

22 |       5.      Based on this review and preparation of the schedule, and upon

23 | consultation with Debtors' counsel, I submit that the facts and circumstances set forth in the

24 | Objection and the schedule are true and accurate to the best of my knowledge, information, and

25 | belief, and the proofs of claim listed in the "Claim to be Disallowed" column on **Schedule 1**,

26 |

**Page 2 of 3** -   DECLARATION OF WILLIAM L. WHITE IN SUPPORT OF DEBTORS' FIFTH
                  OMNIBUS OBJECTION TO CLAIMS (UNTIMELY CLAIMS)

Case 19-62584-pcm11    Doc 1092    Filed 12/14/20

1  **Schedule 2**, and **Schedule 3** attached to the proposed order filed with the Objection should be

2  disallowed as set forth in the Objection and the schedule for the reasons stated in the Objection.

3  Moreover, the claims listed on **Schedule 4** to the attached proposed order under the "Claim to be

4  Disallowed" column (collectively, the "Reduced Claims") should be allowed as general

5  unsecured claims in the listed amount on **Schedule 4** under the "Allowed Amount Per Debtors'

6  Books & Records" column (the "Reduced Amounts"). For each Reduced Claim, the amount

7  stated on the filed proof of claim is not supported by Debtors' books and records. Accordingly,

8  the Reduced Claims should be allowed in the Reduced Amounts, which reflect the correct

9  amount for each Reduced Claim as shown in Debtors' books and records.

10          I declare under penalty of perjury that the foregoing is true and correct.

11          DATED this 14th day of December, 2020.

13                          */s/William L. White*
14                          William L. White, Senior Director
                            SierraConstellation Partners LLC

16  009684\00004\11674988v1

**Page 3 of 3** -   DECLARATION OF WILLIAM L. WHITE IN SUPPORT OF DEBTORS' FIFTH
                    OMNIBUS OBJECTION TO CLAIMS (UNTIMELY CLAIMS)